**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                                 :

NEW YORK JETS LLC and           :
JETS DEVELOPMENT LLC,        :

              Plaintiffs,     :

          v.                :    Case No.
                                   (ECF)

CABLEVISION SYSTEMS CORPORATION, :
CSC HOLDINGS, INC., and      :    **Rule 7.1 Statement**
MADISON SQUARE GARDEN LP,   :

            Defendants.    :

-----------------------------------------------------------X

**05 CV 2875**

**JUDGE BAER**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for New York Jets LLC and Jets Development LLC certifies that there are no corporate

parents, affiliates and/or subsidiaries of said parties, which are publicly held.

Dated: New York, New York
       March 16, 2005

                       KASOWITZ, BENSON, TORRES
                       & FRIEDMAN LLP

                       Marc E. Kasowitz (MK-2597)
                       1633 Broadway
                       New York, New York  10019
                       Phone: (212) 506-1700
                       Fax: (212) 506-1800

                       Attorneys for New York Jets LLC and
                       Jets Development LLC

Dockets.Justia.co