UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,                                   :

                        Plaintiffs,                     :

            v.                  Case No.            05 CV 2875
                                (ECF)                :
CABLEVISION SYSTEMS CORPORATION,                        :
CSC HOLDINGS, INC., and
MADISON SQUARE GARDEN LP,                               :

                        Defendants.                     :

-------------------------------------------------------------X                   JUDGE BAER

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiffs.

    I certify that I am admitted to practice in this court.


Dated:  New York, New York
        March 16, 2005

                                KASOWITZ, BENSON, TORRES
                                & FRIEDMAN LLP


                                _____
                                Marc E. Kasowitz (MK-2597)
                                1633 Broadway
                                New York, New York  10019
                                Phone: (212) 506-1700
                                Fax: (212) 506-1800

                                Attorneys for New York Jets LLC and
                                Jets Development LLC

Dockets.Justia.co