UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

                Plaintiffs,

     v.                                                                    Case No.
                                                   (ECF)

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and
MADISON SQUARE GARDEN LP,

                Defendants.

------------------------------------------------------------X

**05 CV 2875**

**JUDGE BAER**

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiffs.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
          March 16, 2005

*RECEIVED MAR 16 2005 U.S.D.C. S.D.N.Y. CASHIERS*

                                              KASOWITZ, BENSON, TORRES
                                              & FRIEDMAN LLP

                                              _____
                                              Daniel R. Benson (DB-6587)
                                              1633 Broadway
                                              New York, New York 10019
                                              Phone: (212) 506-1700
                                              Fax: (212) 506-1800

                                              Attorneys for New York Jets LLC and
                                              Jets Development LLC