UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

                Plaintiffs,

      v.                                     Case No. _____

CABLEVISION SYSTEMS CORPORATION,    (ECF)
CSC HOLDINGS, INC., and
MADISON SQUARE GARDEN LP,

                Defendants.

------------------------------------------------------------X

05 CV 2875

JUDGE BAER

RECEIVED
MAR 16 2005
U.S.D.C. S.D.N.Y.
CASHIERS

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiffs.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
         March 16, 2005

                                                  KASOWITZ, BENSON, TORRES
                                                  & FRIEDMAN LLP

                                                  _____
                                                  Daniel J. Fetterman (DF-9093)
                                                  1633 Broadway
                                                  New York, New York 10019
                                                  Phone: (212) 506-1700
                                                  Fax: (212) 506-1800

                                                  Attorneys for New York Jets LLC and
                                                  Jets Development LLC