```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
NEW YORK JETS LLC and                     :
JETS DEVELOPMENT LLC,                     :
                                          :
                Plaintiffs,               :   05-Civ-2875 (HB)
                                          :   ECF CASE
                                          :
             - against -                  :   AFFIDAVIT OF SERVICE
                                          :
CABLEVISION SYSTEMS CORPORATION,          :
CSC HOLDINGS, INC., and                   :
MADISON SQUARE GARDEN LP,                 :
                                          :
                Defendants.               :
------------------------------------------x

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )
```

NARINDER S. UPPAL, being duly sworn, deposes and says that he is employed by Kasowitz, Benson, Torres & Friedman LLP, attorneys for plaintiffs herein, he is over the age of eighteen years, and he is not a party to the within action.

On the 16th day of March, 2005, deponent served a true copy of the Summons, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Notice of Appearance for Marc E. Kasowitz, Notice of Appearance for Daniel R. Benson, Notice of Appearance for Daniel J. Fetterman and a copy of the Rules for Judge Harold Baer, Jr. and Magistrate Judge Debra Freeman together with copies of Instructions For Filing An Electronic Case or Appeal, Procedures For Electronic Case Filing and Guidelines For Electronic Case on defendant Madison Square Garden LP, by delivering to and leaving same with Madison Square Garden LP's agent for service of

process, Corporation Service Company located at 80 State Street Albany, New York 12207 this being the address designated by said attorneys for that purpose upon the proceeding papers in this action.

_____
NARINDER S. UPPAL

Sworn to before me this
16th day of March, 2005.

_____
Notary Public

FERMIN FIGUEROA, JR.
Notary Public, State of New York
No. 01FI4733597
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 31, 20__07