UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NEW YORK JETS LLC and                    :
JETS DEVELOPMENT LLC,                     :
                                         :
                    Plaintiffs,          :    05-Civ-2875 (HB)
                                         :    ECF CASE
                                         :
              - against -                :    AFFIDAVIT OF SERVICE
                                         :
CABLEVISION SYSTEMS CORPORATION,         :
CSC HOLDINGS, INC., and                  :
MADISON SQUARE GARDEN LP,                :
                                         :
                    Defendants.          :
----------------------------------------x

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )


        NARINDER S. UPPAL, being duly sworn, deposes and says

that he is employed by Kasowitz, Benson, Torres & Friedman LLP,

attorneys for plaintiffs herein, he is over the age of eighteen

years, and he is not a party to the within action.

        On the 16th day of March, 2005, deponent served a true

copy of the Summons, Complaint, Civil Cover Sheet, Rule 7.1

Statement, Notice of Appearance for Marc E. Kasowitz, Notice of

Appearance for Daniel R. Benson, Notice of Appearance for Daniel

J. Fetterman and a copy of the Rules for Judge Harold Baer, Jr.

and Magistrate Judge Debra Freeman together with copies of

Instructions For Filing An Electronic Case or Appeal, Procedures

For Electronic Case Filing and Guidelines For Electronic Case on

defendant Cablevision Systems Corporation by delivering to and

leaving same with Cablevision Systems Corporation's agent for

service of process, Corporation Service Company located at 80 State Street Albany, New York 12207 this being the address designated by said attorneys for that purpose upon the proceeding papers in this action.

_____
NARINDER S. UPPAL

Sworn to before me this
16th day of March, 2005.

_____
Notary Public

FERMIN FIGUEROA, JR.
Notary Public, State of New York
No. 01FI4733697
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 31, 20___07