ORIGINAL

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

    Plaintiffs,

V.

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and
MADISON SQUARE GARDEN LP,

    Defendants.

TO: (Name and address of defendant)

    (see attached)

ECF CASE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 CV 2875**

**JUDGE BAER**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc E. Kasowitz, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York  10019

David Boies, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, New York  10504

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*Jessica Doss*
(BY) DEPUTY CLERK

MAR 1 6 2005
DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                         Signature of Server

                                                           _____
                                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**To: (Name and address of defendant) continued**:

Cablevision Systems Corporation
1111 Stewart Avenue
Bethpage, New York 11714-3581

CSC Holdings, Inc.
1111 Stewart Avenue
Bethpage, New York 11714-3581

Madison Square Garden L.P.
4 Pennsylvania Plaza
New York, NY 10001