UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENT LLC, | : | Case No. 05-CV-2875 (HB) |
| | : | |
| | : | **Oral Argument Requested** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CABLEVISION SYSTEMS CORPORATION, | : | |
| CSC HOLDINGS, INC., and MADISON | : | |
| SQUARE GARDEN L.P., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

### NOTICE OF DEFENDANTS'
### MOTION TO DISMISS

PLEASE TAKE NOTICE that upon this Notice of Motion to Dismiss and the accompanying memorandum of law, Defendants Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden L.P. ("Defendants") will and hereby do move this Court, before the Honorable Harold Baer, Jr., at the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint in this action for failure to state a claim upon which relief can be granted.

Defendants respectfully request that the Court schedule oral argument for this motion.

Dockets.Justia.com

Dated:  April 5, 2005                         Respectfully submitted,

*Miguel A. Estrada*

Jack M. Weiss                                 Miguel A. Estrada (ME-4227)
Randy M. Mastro                               Theodore B. Olson
GIBSON, DUNN & CRUTCHER LLP                   Michael L. Denger
200 Park Avenue                               Joshua Lipton
New York, NY  10166-0193                      GIBSON, DUNN & CRUTCHER LLP
Tel:  (212) 351-4000                          1050 Connecticut Avenue, NW
Fax:  (212) 351-4035                          Washington, DC  20036-5306
                                              Tel:  (202) 955-8500
                                              Fax:  (202) 467-0539

                                              *Counsel for Defendants Cablevision Systems*
                                              *Corporation, CSC Holdings, Inc., and Madison*
                                              *Square Garden L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2005, I caused a true and correct copy of

defendants Notice of Motion to Dismiss and the Memorandum of Law in support of that Motion

to be served by hand delivery, on the following counsel for Plaintiffs New York Jets LLC and

New York Jets Development LLC:


Marc E. Kasowitz
Daniel R. Benson
Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

David Boies
Jonathan D. Schiller
Robert J. Dwyer
Paul R. Verkuil
Alanna C. Rutherford
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY  10022


_____
Megan Genet