**2**

Dockets.Justia.com



**New York Temporary State Commission on Lobbying**
## On-Line Lobbyist Registration System

---

**CLIENT SEMI-ANNUAL REPORT     July - December 2004**

### Client Information

**Client Name:** JETS, LLC (NY)

**Business Address:** 50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
US

☎ : (212) 969-1800

**Chief Administrative Officer:** LOREN J. CROSS, PRES.

### Lobbyist Information

**BLACKMON, LARRY SCOTT**
50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
(212) 969-1800
Lobbying Type: State/Local
Compensation: $12,000.00

**BULEY PUBLIC AFFAIRS**
27 ELK STREET
ALBANY, NY 12207
(518) 432-9563
Lobbying Type: State
Compensation: $23,188.00

**CROSS, L. JAY**
50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
(212) 969-1800
Lobbying Type: State/Local
Compensation: $27,600.00

**GREENBERG TRAURIG, LLP**
54 STATE STREET
ALBANY, NY 12207
(518) 689-1400
Lobbying Type: State/Local
Compensation: $149,026.00

**HIGGINS, MATTHEW**
50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
(212) 969-1800
Lobbying Type: State/Local
Compensation: $69,000.00

**JOHNSON, ROBERT W.**
50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
(212) 969-1800
Lobbying Type: State/Local
Compensation: $9,000.00

**MERCURY PUBLIC AFFAIRS**
137 FIFTH AVENUE
NEW YORK, NY 10010
(212) 681-1380
Lobbying Type: State
Compensation: $95,000.00

**PARKSIDE GROUP (THE)**
132 NASSAU STREET, STE 619
NEW YORK, NY 10038
(212) 571-7717
Lobbying Type: State/Local
Compensation: $20,000.00

**RAD USA, INC.**
58 COUNTRYMAN RD.
VOORHEESVILLE, NY 12186
(518) 437-8630
Lobbying Type: State/Local
Compensation: $45,000.00

**SENN, WILLIAM**
50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
(212) 969-1800
Lobbying Type: State/Local
Compensation: $9,375.00

SHEELY, THAD
50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
(212) 969-1800
Lobbying Type: State/Local
Compensation: $11,925.00

SHORENSTEIN, MARISSA
50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
(212) 969-1800
Lobbying Type: State/Local
Compensation: $9,375.00

VIDAL GROUP, LLC (THE)
150 STATE STREET
ALBANY, NY 12207
(518) 434-5856
Lobbying Type: State
Compensation: $24,000.00

WILLIAMS, JACQUELYN
169 MACDONOUGH STREET
BROOKLYN, NY 11216
(718) 919-1961
Lobbying Type: State/Local
Compensation: $2,000.00

## Lobbying Expenses (reporting period only)

A. Aggregate expenses less or equal to $75:    $648
B. Aggregate expenses for salaries of non-lobbying employees:   $5,625
C. Itemized lobbying expenses:

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| 21 CLUB | 10/22/2004 | DINNER MTG.(NO PUBLIC OFFICIALS) | ✓ | $386.00 |
| AM NEW YORK | 7/8/2004 | PRINT AD BUY | ✓ | $4,630.00 |
| AMERICAN MEDIA SERVICES | 10/1/2004 | RADIO AD | ✓ | $143,185.00 |
| AMERICAN MEDIA SERVICES | 11/8/2004 | RADIO AD | ✓ | $49,700.00 |
| AMERICAN MEDIA SVCS. | 9/4/2004 | RADIO AD BUY | ✓ | $226,921.00 |
| AMERICAN MEDIA SVCS. | 11/10/2004 | RADIO AD | ✓ | $23,393.00 |
| AMERICAN MEDIA SVCS. | 11/23/2004 | RADIO AD | ✓ | $9,851.00 |
| AMERICAN MEDIA SVCS. | 11/23/2004 | RADIO AD | ✓ | $2,960.00 |
| AMERICAN MEDIA SVCS. | 11/24/2004 | RADIO AD | ✓ | $55,139.00 |
| AMERICAN MEDIA SVCS. | 11/24/2004 | RADIO AD | ✓ | $24,790.00 |

NYTSCOL - Client Details

| Paid To | Date | Purpose | Social Ad. | Event | Amount |
|---|---|---|---|---|---|
| AMERICANMEDIA SVCS. | 11/23/2004 | RADIO AD | ✓ | | $5,550.00 |
| AMSTERDAM NEWS | 7/8/2004 | ADVERTISEMENT | ✓ | | $3,016.00 |
| AMSTERDAM NEWS | 10/14/2004 | AD | ✓ | | $1,508.00 |
| AMSTERDAM NEWS | 11/11/2004 | AD | ✓ | | $1,508.00 |
| AP EDITING CO. | 7/30/2004 | EDIT SERVICES | | | $1,695.00 |
| ASSOCIATION FOR A BETTER NY | 8/5/2004 | BREAKFAST-20 PEOPLE | | ✓ | $1,200.00 |
| ATHLETIC STYLE | 9/30/2004 | T-SHIRTS | | | $6,749.00 |
| BOOMTOWN | 12/1/2004 | AD | ✓ | | $12,692.00 |
| BOOMTOWN, INC. | 11/11/2004 | AD | ✓ | | $15,702.00 |
| BRONX PRESS REVIEW | 11/11/2004 | AD | ✓ | | $1,225.00 |
| BUSINESS WIRE | 9/20/2004 | MEMBERSHIP FEE | | | $120.00 |
| BUSINESS WIRE | 9/20/2004 | PRESS RELEASE POSTING | | | $375.00 |
| CAMPUS COACH LINES | 11/26/2004 | BUS RENTAL | | | $1,252.00 |
| CAMPUS COACH LINES | 11/26/2004 | BUS RENTAL | | | $756.00 |
| CENTER FOR ARCHITECTURE | 7/30/2004 | ROOM RENTAL | | | $750.00 |
| CENTER FOR ARCHITECTURE | 8/5/2004 | ROOM RENTAL | | | $375.00 |
| CHEF & CO. | 7/21/2004 | CATERING-NO PUBLIC OFFICIALS | | | $3,371.00 |

NYTSCOL - Client Details

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| CHEF & CO. | 7/30/2004 | BREAKFAST CATERING-NO PUBLIC OFFICIALS | ✔ | $3,388.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| CHEF & CO. | 8/5/2004 | CATERING-NO PUBLIC OFFICIALS | ✔ | $3,000.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| CITY HALL REST. | 7/15/2004 | LUNCH MTG.-8 PEOPLE | ✔ | $261.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| CLASSIC SPECIALTIES, INC. | 12/13/2004 | POSTERS | | $1,643.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| CLINTON GRILL | 8/6/2004 | LUNCH MTG.-NO PUBLIC OFFICIALS | ✔ | $181.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| COMM. CARTOGRAPHY | 8/18/2004 | MAP | | $667.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| COMMUN. CARTOGRAPHY | 8/9/2004 | DEVELOPMENT | | $10,754.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| COMMUN. CARTOGRAPHY | 8/19/2004 | DATABASE MANAGEMENT | | $500.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| COMMUN. CARTOGRAPHY | 8/31/2004 | WEBSITE | | $500.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| COMMUN. CARTOGRAPHY | 9/27/2004 | WEBSITE DEV. | | $650.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| COMMUN. CARTOGRAPHY | 11/11/2004 | WEBSITE DEV. | | $1,050.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| COMMUN. CARTOGRAPHY | 12/6/2004 | WEBSITE DEV. | | $7,400.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| COURIER-LIFE, INC. | 10/27/2004 | AD | ✔ | $2,010.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| DAILY NEWS | 11/12/2004 | AD | ✔ | $113,388.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| DC NAVIGATORS | 8/18/2004 | MEDIA BUY FEE | | $36,045.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| DC NAVIGATORS, LLC | 7/12/2004 | TRANSPORTATION EXPENSE FOR MEDIA CONSULT | | $486.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| DENNEHY'S | 10/12/2004 | LUNCH MEETING(4 PEOPLE) | | $104.00 |

NYTSCOL - Client Details

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| DEPT. OF CONSUMER AFFAIRS | 7/17/2004 | PERMIT FEES | | | $150.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| EARTH DAY NY | 8/9/2004 | AD | | ✔ | $2,500.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| FONTINA DE TREZI | 9/15/2004 | LUNCH MTG.-4 PEOPLE | ✔ | | $99.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| FOUR SEASONS REST. | 8/4/2004 | DINNER-ALL PUBLIC OFFICIALS PAID FULL VALUE | | ✔ | $10,845.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| GAME-FACES, INC. | 7/17/2004 | FACE PAINTING | | | $500.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| GETTY IMAGES | 9/20/2004 | PHOTO PURCHASE | | | $690.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| GIA REST. | 10/27/2004 | NYSAM OUTREACH LUNCHEON(9 PEOPLE) | | | $155.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| GREY ADVERTISING | 12/1/2004 | AD | | ✔ | $376,326.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| HELL'S KITCHEN FLEA MARKET | 9/15/2004 | BOOTH RENTAL | | | $2,000.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| HOY | 7/11/2004 | AD | | ✔ | $2,130.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| IMAGE INNOVATIONS | 9/8/2004 | DECORATIONS | | | $2,600.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| IMC | 8/16/2004 | WEBSITE DESIGN | | | $13,500.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| IMC | 10/25/2004 | WEBSITE DEV. | | | $2,000.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| IMC | 10/29/2004 | WEBSITE DEV. | | | $750.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| IMC | 11/17/2004 | WEBSITE DEV. | | | $500.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|
| IMC | 12/13/2004 | WEBSITE DEV. | | | $1,000.00 |

| Paid To | Date | Purpose | Social | Ad. Event | Amount |
|---|---|---|---|---|---|

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| IMC(ISTROES MEDIA CORP.) | 9/17/2004 | WEBSITE DEV. | | $200.00 |
| ISTROES MEDIA | 9/15/2004 | WEBSITE DEVELOPMENT | | $700.00 |
| JACK'S OYSTER HOUSE | 11/17/2004 | DINNER MEETING(30 PEOPLE) | ✔ | $1,706.00 |
| JACOB JAVITS CONVENTION CENTER | 12/15/2004 | ROOM RENTAL | | $3,301.00 |
| KNICKERBOCKER BAR & GRILL | 10/19/2004 | DINNER MEETING(NO PUBLIC OFFICIALS) | ✔ | $147.00 |
| LOT 61 REST. | 9/8/2004 | SPACE RENTAL-NO PUBLIC OFFICIALS | | $630.00 |
| LUNDY'S REST. | 12/21/2004 | LUNCHEON(8 PEOPLE) | ✔ | $160.00 |
| MANHATTAN NEWSP. GRP. | 10/14/2004 | AD | ✔ | $5,450.00 |
| MANHATTAN NEWSP. GRP. | 10/28/2004 | AD | ✔ | $5,450.00 |
| MANHATTAN NEWSPAPER GROUP | 7/15/2004 | AD | ✔ | $2,873.00 |
| MANHATTAN NEWSPAPER GROUP | 7/22/2004 | PRINT AD | ✔ | $2,873.00 |
| MANHATTAN NEWSPAPER GROUP | 8/5/2004 | AD | ✔ | $2,873.00 |
| MANHATTAN NEWSPAPER GROUP | 8/12/2004 | AD | ✔ | $2,873.00 |
| MANHATTAN NEWSPAPER GROUP | 8/19/2004 | AD | ✔ | $2,873.00 |
| MANHATTAN NEWSPAPER GROUP | 8/26/2004 | AD | ✔ | $2,873.00 |
| MANHATTAN NEWSPAPER GROUP | 9/2/2004 | AD | ✔ | $2,873.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MANHATTAN NEWSPAPER GROUP | 9/9/2004 | AD | ✔ | $2,873.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MANHATTAN NEWSPAPER GROUP | 12/2/2004 | AD | ✔ | $2,004.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MANHATTAN NEWSPAPER GRP. | 11/11/2004 | AD | ✔ | $5,450.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MANHATTAN NEWSPAPER GRP. | 12/9/2004 | AD | ✔ | $2,004.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MARITIME HOTEL | 9/8/2004 | SPACE RENTAL(NO PUBLIC OFFICIALS) | | $45,662.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 7/20/2004 | MEDIA BUY | ✔ | $465,000.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 7/28/2004 | AD BUY | ✔ | $213,200.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 8/9/2004 | COMMERCIAL BUY | ✔ | $150,000.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 8/16/2004 | COMMERCIAL | ✔ | $400,500.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 9/17/2004 | AD BUY | ✔ | $200,000.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 9/24/2004 | AD BUY | ✔ | $150,000.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 10/4/2004 | AD | ✔ | $120,000.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 10/15/2004 | MEDIA BUY | ✔ | $175,000.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 11/1/2004 | AD | ✔ | $55,600.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| MEDIA AD VENTURES | 11/8/2004 | AD | ✔ | $205,000.00 |

Social

NYTSCOL - Client Details

| Paid To | Date | Purpose | Ad. Event | Amount |
|---------|------|---------|-----------|--------|
| MEDIA AD VENTURES | 11/17/2004 | AD | ✔ | $80,000.00 |
| | | | Social | |
| MEDIA AD VENTURES | 12/9/2004 | AD | ✔ | $222,400.00 |
| | | | Social | |
| MEDIA AD VENTURES | 12/10/2004 | AD | ✔ | $128,250.00 |
| | | | Social | |
| MEDIA AD VENTURES | 12/24/2004 | AD | ✔ | $238,745.00 |
| | | | Social | |
| MERCURY PUBLIC AFFAIRS | 11/24/2004 | SURVEY | | $34,848.00 |
| | | | Social | |
| MICHAEL'S REST. | 7/16/2004 | BREAKFAST MTG.-3 PEOPLE | ✔ | $100.00 |
| | | | Social | |
| MICHAEL'S REST. | 9/1/2004 | BREAKFAST MEETING-3 PEOPLE | ✔ | $137.00 |
| | | | Social | |
| MOCA BAR & GRILL | 12/24/2004 | DINNER MEETING(3 PEOPLE) | ✔ | $173.00 |
| | | | Social | |
| NAT'L MARKET SHARE | 9/1/2004 | OUTREACH CALLS | | $56,000.00 |
| | | | Social | |
| NAT'L MARKET SHARE | 9/2/2004 | OUTREACH CALLS | | $7,938.00 |
| | | | Social | |
| NAT'L MARKET SHARE | 9/14/2004 | OUTREACH CALLS | | $7,089.00 |
| | | | Social | |
| NAT'L MARKET SHARE | 9/27/2004 | OUTREACH CALLS | | $26,000.00 |
| | | | Social | |
| NAT'L MARKET SHARE | 12/1/2004 | OUTREACH CALLS | | $75,000.00 |
| | | | Social | |
| NAT'L MARKET SHARE, INC. | 8/18/2004 | LIST PURCHASE | | $8,708.00 |
| | | | Social | |
| NAT'L MARKET SHARE, INC. | 11/9/2004 | OUTREACH CALLS | | $50,000.00 |
| | | | Social | |
| NATIONAL MARKET SHARE | 12/15/2004 | OUTREACH | | $8,000.00 |
| | | | Social | |
| NCG | 7/30/2004 | INVITATIONS | | $1,631.00 |
| | | | Social | |

NYTSCOL - Client Details

| Paid To | Date | Purpose | Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 8/4/2004 | MAILING | | $12,580.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/3/2004 | PRINT ADS | ✔ | $7,884.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/22/2004 | BOARD(PROP) | | $879.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/24/2004 | BANNERS | ✔ | $2,953.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/28/2004 | INVITATIONS | | $2,547.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/30/2004 | BANNER | ✔ | $3,500.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/30/2004 | EARTH DAY AD | ✔ | $353.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/30/2004 | RALLY FLYER | | $408.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/30/2004 | BANNER PROD. | | $2,534.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/30/2004 | SIGNS | | $2,632.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 9/30/2004 | BANNERS | | $9,097.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 10/25/2004 | BANNER | | $3,985.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 10/26/2004 | BANNER | | $1,890.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 10/26/2004 | PRINT AD | ✔ | $816.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 11/8/2004 | BANNERS | | $2,847.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 11/15/2004 | PRINT AD PROD. | ✔ | $353.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 11/15/2004 | PREPARATION OF LOGO | | $625.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 11/22/2004 | BANNERS | | $1,484.00 |
| NCG | 12/13/2004 | SIGN | | $381.00 |
| NCG | 12/13/2004 | AD | ✔ | $299.00 |
| NCG | 12/16/2004 | BANNER PROD. | | $285.00 |
| NY TIMES | 8/3/2004 | RESEARCH | | $104.00 |
| PALM REST. | 11/5/2004 | MEAL(3 PEOPLE) | ✔ | $210.00 |
| PETER LUGER'S REST. | 10/18/2004 | BROOKLYN OUTREACH LUNCHEON (20 PEOPLE) | | $700.00 |
| PI EDITS | 8/27/2004 | AD PROD. | ✔ | $1,236.00 |
| PICOLA ZENEZIA | 10/6/2004 | QUEENS OUTREACH DINNER MEETING(6 PEOPLE) | | $373.00 |
| PROCOMMSOUND | 7/29/2004 | PRESS CONF. BOX | | $250.00 |
| PROCOMMSOUND, INC. | 10/4/2004 | PRESS BOX RENTAL | | $250.00 |
| PROCOMMSOUND, INC. | 10/12/2004 | PRESS BOX RENTAL | | $450.00 |
| PROCOMMSOUND, INC. | 10/22/2004 | PRESS BOX RENTAL | | $250.00 |
| PROCOMMSOUND, INC. | 11/29/2004 | EQUIPMENT | | $250.00 |
| PROFAX | 9/7/2004 | FAX SVCS. | | $108.00 |
| PROFAX | 10/12/2004 | FAX SERVICES | | $174.00 |
| QUEENS CHRONICLE | 10/14/2004 | AD | ✔ | $1,270.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---------|------|---------|------------------|--------|
| QUEENS CHRONICLE | 11/11/2004 | AD | ✔ | $1,270.00 |
| QUEENS LEDGER NEWSP. GRP. | 10/14/2004 | AD | ✔ | $900.00 |
| QUEENS TRIBUNE | 10/14/2004 | AD | ✔ | $1,485.00 |
| QUEENS TRIBUNE | 11/11/2004 | AD | ✔ | $1,485.00 |
| QUEENS TRIBUNE | 11/30/2004 | AD | ✔ | $1,485.00 |
| REVIVAL | 11/9/2004 | DINNER MEETING | ✔ | $190.00 |
| RUE 57 | 11/9/2004 | MEAL(2 PEOPLE) | ✔ | $83.00 |
| SHERATON HOTEL | 8/4/2004 | SEASON TICKET HOLDER EVENT | | $40,000.00 |
| TERRACE IN THE SKY | 10/19/2004 | HARLEM CHAMBER OF COMMERCE LUNCHEON(40 PEOPLE) | | $1,350.00 |
| THE COURIER | 12/1/2004 | PRINT ADS | ✔ | $1,350.00 |
| TIMES LEDGER NEWSPAPERS | 11/9/2004 | AD | ✔ | $1,313.00 |
| TIMESLEDGER NEWSPAPERS | 11/2/2004 | AD | ✔ | $1,313.00 |
| TRATTORIA L'INCONTRO | 11/10/2004 | DINNER MEETING(2 PEOPLE) | ✔ | $113.00 |
| TWO 2 LEFT PROD. | 8/5/2004 | COMMERCIAL EDIT | | $99,885.00 |
| TWO 2 LEFT PROD. | 8/17/2004 | EDITORIAL SVCS. | | $7,500.00 |
| TWO 2 LEFT PROD. | 9/7/2004 | RADIO AD PROD. | ✔ | $7,500.00 |

NYTSCOL - Client Details

| Paid To | Date | Purpose | Ad. Event | Amount |
|---|---|---|---|---|
| TWO 2 LEFT PROD. | 9/8/2004 | AD PROD. | ✓ | $37,500.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 9/13/2004 | RADIO AD PROD. | ✓ | $7,500.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 9/15/2004 | TV AD PROD. | ✓ | $72,500.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 9/21/2004 | AD PROD. | ✓ | $7,500.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 9/21/2004 | AD PROD. | ✓ | $8,500.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 10/18/2004 | COMMERCIAL PROD. | | $17,500.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 10/22/2004 | COMMERCIAL PROD. | | $13,000.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 10/22/2004 | COMMERCIAL PROD. | | $8,500.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 10/26/2004 | COMMERCIAL PROD. | | $15,600.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 11/2/2004 | AD PROD. | ✓ | $9,100.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 11/4/2004 | AD | ✓ | $7,500.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 11/11/2004 | AD | ✓ | $8,500.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 11/16/2004 | AD | ✓ | $15,600.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 12/7/2004 | AD | ✓ | $9,233.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 12/7/2004 | AD | ✓ | $7,604.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD. | 12/9/2004 | AD | ✓ | $94,721.00 |
| | | | Social | |

NYTSCOL - Client Details                                             Page 13 of 14

| Paid To | Date | Purpose | Ad. Event | Amount |
|---------|------|---------|-----------|--------|
| TWO 2 LEFT PROD. | 12/10/2004 | AD | ✔ | $2,716.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PROD., INC. | 7/22/2004 | TV PROD. | | $4,550.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| TWO 2 LEFT PRODUCTIONS | 8/26/2004 | RADIO AD | ✔ | $1,386.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| US POSTAL SVC. | 7/31/2004 | POSTAGE | | $1,198.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VAN WAGNER | 9/1/2004 | BILLBOARD RENTAL | | $34,589.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VAN WAGNER | 10/1/2004 | BILLBOARD RENTAL | | $28,250.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VAN WAGNER | 10/1/2004 | BILLBOARD RENTAL | | $14,333.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VAN WAGNER | 11/1/2004 | BILLBOARD RENTAL | | $22,250.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VAN WAGNER | 11/1/2004 | BILLBOARD RENTAL | | $14,333.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VAN WAGNER | 11/15/2004 | BILLBOARD | | $50,000.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VAN WAGNER | 12/1/2004 | BILLBOARD RENTAL | | $14,333.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VAN WAGNER | 12/1/2004 | BILLBOARD RENTAL | | $36,000.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VIDEO MONITORING SERVICE | 8/11/2004 | VIDEO | | $141.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| VIDEO MONITORING SVCS. | 8/30/2004 | VIDEO MONITORING SVC. | | $293.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| W-SYSTEMS CORP. | 9/9/2004 | INSTALL DATABASE | | $4,650.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| WESTSIDESTADIUM.ORG | 7/31/2004 | BANNER | | $16,630.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| WISE UP PROD. | 7/17/2004 | FLYERS | | $1,530.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |
| WISE UP! PRODUCTIONS | 11/17/2004 | FLYERS | | $390.00 |
| | | | Social | |
| **Paid To** | **Date** | **Purpose** | **Ad. Event** | **Amount** |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---------|------|---------|------------------|--------|
| WRKS | 10/28/2004 | RADIO AD | ✔ | $12,400.00 |
| WRKS | 11/19/2004 | RADIO AD | ✔ | $12,700.00 |
| ZAMBRANA PROD. | 9/28/2004 | STAGE & EQUIPMENT | | $70,140.00 |

## D. Total Expenses (A+B+C):  $5,290,360

### Subject(s) Lobbied

JETS STADIUM/FUNDING ISSUES

### Person, State Agency, Municipality, or Legislative Body Lobbied

MTA & SUBSIDIARIES, NYS DEC, NYS ASSEMBLY, JAVITS CENTER, NYS GOV'S OFFICE, NYS SENATE, OPERATING CORP., EMPIRE STATE DEV. CORP.

### Bill, Rule, Regulation or Rate Number Lobbied

BUDGET, A11507, A11896, S7803, A11752, A11809, S7751



## New York Temporary State Commission on Lobbying
## On-Line Lobbyist Registration System

---

### CLIENT SEMI-ANNUAL REPORT     January - June 2004

### Client Information

**Client Name:** JETS, LLC (NY)

**Business Address:** 50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
US

☎ : (212) 969-1800

**Chief Administrative Officer:** LOREN J. CROSS, PRES.

### Lobbyist Information

**BROWN VIDAL & WEINRAUB**
**12 SHERIDAN AVE**
**ALBANY, NY 12207**
**(518) 427-7350**
**Lobbying Type: State**
**Compensation: $8,000.00**

**BULEY PUBLIC AFFAIRS**
**27 ELK STREET**
**ALBANY, NY 12207**
**(518) 432-9563**
**Lobbying Type: State**
**Compensation: $0.00**

**CROSS, L. JAY**
**50 WEST 57TH STREET, 2ND FLR**
**NEW YORK, NY 10019**
**(212) 969-1800**
**Lobbying Type: State/Local**
**Compensation: $21,500.00**

**GREENBERG TRAURIG, LLP**
**54 STATE STREET**
**ALBANY, NY 12207**
**(518) 689-1400**
**Lobbying Type: State/Local**
**Compensation: $6,600.00**

**HIGGINS, MATTHEW**
**50 WEST 57TH STREET, 2ND FLR**
**NEW YORK, NY 10019**
**(212) 969-1800**
**Lobbying Type: State/Local**
**Compensation: $34,041.00**

**JOHNSON, ROBERT W.**
**50 WEST 57TH STREET, 2ND FLR**
**NEW YORK, NY 10019**
**(212) 969-1800**
**Lobbying Type: State/Local**
**Compensation: $6,000.00**

**MERCURY PUBLIC AFFAIRS**
**137 5TH AVE**
**NEW YORK, NY 10010**
**(212) 681-1380**
**Lobbying Type: State**
**Compensation: $55,000.00**

**RAD USA, INC.**
**58 COUNTRYMAN RD**
**VOORHEESVILLE, NY 12186**
**(518) 437-8630**
**Lobbying Type: State/Local**
**Compensation: $22,500.00**

**SENN, WILLIAM**
**50 WEST 57TH STREET, 2ND FLR**
**NEW YORK, NY 10019**
**(212) 969-1800**
**Lobbying Type: State/Local**
**Compensation: $6,250.00**

**SHEELY, THAD**
**50 WEST 57TH STREET, 2ND FLR**
**NEW YORK, NY 10019**
**(212) 969-1800**
**Lobbying Type: State/Local**
**Compensation: $7,950.00**

SHORENSTEIN, MARISSA
50 WEST 57TH STREET, 2ND FLR
NEW YORK, NY 10019
(212) 969-1800
Lobbying Type: State/Local
Compensation: $3,125.00

SUNSHINE, KEN CONSULTANTS, INC.
149 5TH AVE
NEW YORK, NY 10010
(212) 681-2800
Lobbying Type: State/Local
Compensation: $5,000.00

## Lobbying Expenses (reporting period only)

A. Aggregate expenses less or equal to $75:          $2,776
B. Aggregate expenses for salaries of non-lobbying employees:   $3,750
C. Itemized lobbying expenses:

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| B-TRAIN PRODUCTIONS | 3/30/2004 | OUTREACH VIDEO | ✓ | $11,010.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| CROWNE PLAZA | 6/15/2004 | BREAKFAST MEETING | | $116.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| DC NAVIGATORS, LLC | 6/10/2004 | COMMERCIAL DEV. | | $68,650.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| E1 LTD. | 6/3/2004 | STAGE/SOUND VENDOR | ✓ | $12,500.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| JAVITS CENTER | 4/28/2004 | ROOM RENTAL | ✓ | $1,400.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| JAVITS CENTER | 4/28/2004 | FOOD | ✓ | $1,330.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| LANDMARK TAVERN | 6/18/2004 | LUNCH MEETING | | $230.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| MEDIA AD VENTURES | 6/22/2004 | COMMERCIAL AIR TIME | ✓ | $671,500.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| MERCURY | 6/3/2004 | PERMITS | ✓ | $500.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 3/25/2004 | OUTREACH BOOKLET | ✓ | $13,398.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 3/25/2004 | OUTREACH MATERIALS | ✓ | $2,444.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 3/25/2004 | BANNER | ✓ | $425.00 |
| | | | Social | |

NYTSCOL - Client Details

| Paid To | Date | Purpose | Ad. Event | Amount |
|---|---|---|---|---|
| NCG | 4/28/2004 | PRINTING |  | $2,400.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 5/14/2004 | T-SHIRTS | ✓ | $1,280.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 5/14/2004 | BANNER | ✓ | $16,630.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 5/14/2004 | PAMPHLETS | ✓ | $4,589.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 5/17/2004 | CD'S | ✓ | $311.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 6/3/2004 | STICKERS/POSTERS | ✓ | $3,166.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 6/3/2004 | BASEBALL CAPS | ✓ | $9,353.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 6/3/2004 | BANNER PERMIT FEES | ✓ | $278.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 6/14/2004 | BROCHURES | ✓ | $142.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 6/17/2004 | PAMPHLETS | ✓ | $195.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NCG | 6/18/2004 | T-SHIRTS | ✓ | $1,005.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NICOLE'S BISTRO | 6/15/2004 | DINNER PARTY | ✓ | $894.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NINTH AVE. ASSOC. | 4/25/2004 | TABLE RENTAL | ✓ | $500.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| NYC BLDG. DEPT. | 5/1/2004 | SIGN PERMIT | ✓ | $243.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| PI EDITS | 6/15/2004 | COMMERCIAL EDITING |  | $21,395.00 |
| Paid To | Date | Purpose | Social Ad. Event | Amount |
| PRO FAX | 6/1/2004 | FAX SERVICE |  | $190.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| PROCOMM SOUND | 4/27/2004 | CONF. RM. RENTAL | ✔ | $300.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| RIGHTCLICK STRATEGIES | 5/29/2004 | WEBSITE DEVELOPMENT | | $14,850.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| SIMON NATHAN | 6/14/2004 | SOUND SYSTEM | ✔ | $378.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| WESTSIDESTADIUM.ORG | 6/3/2004 | PHOTO COPIES | | $110.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| WSS.ORG | 5/25/2004 | WESTSIDESTADIUM.ORG | | $104.00 |

| Paid To | Date | Purpose | Social Ad. Event | Amount |
|---|---|---|---|---|
| XPEDITE | 6/12/2004 | S. MOSS ROBO CALL | | $3,932.00 |

## D. Total Expenses (A+B+C):  $872,274

### Subject(s) Lobbied

JETS STADIUM/FUNDING ISSUES

### Person, State Agency, Municipality, or Legislative Body Lobbied

MTA & SUBSIDIARIES, NYS DEC, NYS ASSEMBLY, JAVITS CENTER, NYS GOV'S OFFICE, NYS SENATE, OPERATING CORP., EMPIRE, STATE DEV. CORP.

### Bill, Rule, Regulation or Rate Number Lobbied

BUDGET, A11507