# 3

Dockets.Justia.com

"Albany" [TVNYABC-1020-002]
NYABC
:30 FOR TV

| **VISUAL** | **VOICE** |
|---|---|
| SG: Picture of Bloomberg in circle shape | VO: Mayor Bloomberg went to Albany… |
| SG: Picture superimposes over map of Albany | VO: to try and saddle upstate taxpayers with the bill … |
| SG: Dollar bills cover Albany, transform into circular [blue print] shot of stadium labeled "Bloomberg Stadium" | VO: for his West Side stadium. |
| SG: 1/3 of the circle cut into "Rising property taxes" | VO: Today, Upstate New York faces rising property taxes |
| SG: 1/3 of the circle cut into "Job losses" | VO: Job losses and… |
| SG: 1/3 of the circle cut into "Severe budget deficits" | VO: Severe budget deficits. |
| SG: Man sitting at table [in circle outlined in red] | VO: Now, more than ever, Upstate taxpayers |
| SG: Woman flipping through book [in circle outlined in red] | VO: Shouldn't be forced into paying for a football stadium |
| SG: Shot of "Bloomberg stadium" | VO: That they won't use…. |
| SG: Dollars cover stadium shot | VO: And can't afford |
| SG: Circle stadium shot with Red "X" lined up beside circular Bloomberg Shot | |
| SG: Paid for by MSG—L.P. A Member of the New York Association for Better Choices | VO: Say no to Mayor Bloomberg's West side Stadium. |
| SG: SAY NO! to Mayor Bloomberg's          West Side Stadium<br>Cg: 1-800-274-7434<br>www.NewYorkABC.org<br>[Paid for BY MSG L.P. – New York Association for Better Choices] | |

"We Could"
NY Association for Better Choices
:30 for TV

| VISUAL | VOICE |
|---|---|
| New York Skyline | VO: What could New York do with six hundred million dollars? |
| CG: What could New York do with $600 million? | |
| Legal: PAID FOR BY MSG, L.P.—A MEMBER OF NYABC | |
| Broll Kids in classroom | |
| CG: Rebuild schools? | Rebuild our schools? |
| CG: Computer in every classroom? | |
| Broll NY Firestation | Put a computer in every classroom, or re-open neighborhood fire stations? |
| CG: Re-open fire stations? | |
| Broll Family Clinic | |
| CG: Improve health clinics? | With six hundred million, we could improve community health clinics, and offer more affordable care to New Yorkers. |
| Broll Seniors in health setting | |
| Lower Manhattan Still | Or step up the rebirth of lower Manhattan. |
| Broll NY neighborhood | |
| CG: The choice: | So here's the choice: Invest six hundred million in neighborhoods, or…spend it on a West Side stadium for the Jets. |
| CG: $600 million | |
| Football graphic | |
| CG: $600 million for Jets Stadium? | |
| New York Skyline | |
| CG: Contact us today: Association for Better Choices 800-274-7434 www.NewYorkABC.org Say NO to a West Side Stadium. | Contact us today, and say No to a West Side stadium. |

"Cops"
NYABC
:30 for TV

| **VISUAL** | **VOICE** |
|---|---|
| Police badge with American flag | VO: They risk their lives everyday |
| Slow montage of B/W photos of police officers in action and police barricades | VO: They're there when it matters…they always are |
| | VO: Today, when New York needs them more than ever…recruitment is down and there are thousands less police than fours years ago |
| Newsstand photo and graphic of headline on stadium<br>Cg: West Side Stadium: A Bad Idea<br>Source: The New York Observer; 03/08/04<br>Cg: $600 million Tax Dollars | VO: Now comes a proposal to spend $600 million dollars for a football stadium in Manhattan<br><br>VO: That's the wrong priority |
| B/W photo of New York Police Department in Times Square<br><br>Artist rendering of stadium | VO: Paying to build a police force is more important than paying to build a football stadium |
| Cg: Say NO to the West Side stadium.<br>Cg: 1-800-274-7434<br>www.NewYorkABC.org<br>[Paid for BY MSG L.P. – New York Association for Better Choices] | VO: Say NO to the West Side Stadium |