## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENTS LLC, | : | Case No. 05-CV-2875 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN LP, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the Affidavit of Randy M. Mastro submitted

herewith, defendants Cablevision Systems Corporation, CSC Holdings, Inc., and Madison

Square Garden LP, by their undersigned attorneys, will move this Court, in the Courtroom of the

Honorable Harold Baer, Jr., United States District Judge, United States Courthouse, 500 Pearl

Street, New York, New York, at a time and date to be determined by this Court, for an Order

pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the

Southern and Eastern Districts of New York, admitting Theodore B. Olson *pro hac vice*.

Dated: New York, New York
      April 12, 2005

GIBSON, DUNN & CRUTCHER LLP

By: _____
Randy M. Mastro (RM-9492)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

Dockets.Justia.com