UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and <br> JETS DEVELOPMENTS LLC, <br>            Plaintiffs, <br> v. <br> CABLEVISION SYSTEMS CORPORATION, <br> CSC HOLDINGS, INC., and MADISON <br> SQUARE GARDEN LP, <br>            Defendants. | : Case No. 05-CV-2875 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

Upon consideration of defendants Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden LP 's Notice of Motion for Admission *Pro Hac Vice*, and the Affidavit of Randy M. Mastro submitted in support thereof, and good cause having been shown, it is SO ORDERED that Theodore B. Olson is admitted to the bar of this Court *pro hac vice* this ____ day of _____, 2005.

 

_____
HONORABLE HAROLD BAER, JR.
United States District Judge
United States District Court
   Southern District of New York