UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENTS LLC,<br><br>           Plaintiffs,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN LP,<br><br>           Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 05-CV-2875 |

STATE OF NEW YORK    )
                                         )  ss:
COUNTY OF NEW YORK  )

Randy M. Mastro, being duly sworn, says:

1.  I am a partner with the firm of Gibson, Dunn & Crutcher LLP, counsel for defendants Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden LP in the above-captioned action. I have been a member of the bar of this court since October, 1982. I make this affidavit in support of defendants Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden LP's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of Theodore B. Olson to the bar of this Court *pro hac vice*.

2.  Mr. Olson is a partner in the Washington, D.C. office of Gibson, Dunn & Crutcher LLP, counsel of record for Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden LP in this action. Mr. Olson is a member in good standing of the bars

of the State of California and the District of Columbia. (*See* certifications attached hereto as Exhibit 1.) Mr. Olson is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

3. Accordingly, I respectfully request that Mr. Olson be admitted to the bar of this Court *pro hac vice*.

Dated: April 12, 2005

                                                                 Randy M. Mastro (RM-9492)

Sworn to and subscribed before me
This 12th day of April, 2005.

_____
Notary Public

      ANGEL ARIAS
Notary Public, State of New York
      No. 01AR5040048
   Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 6, 20_07_

2