UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and JETS DEVELOPMENTS LLC, | Case No. 05-CV-2875 |
| Plaintiffs, | |
| v. | |
| CABLEVISION SYSTEMS CORPORATION, CSC HOLDINGS, INC., and MADISON SQUARE GARDEN LP, | |
| Defendants. | |

STATE OF NEW YORK      )
                                           )  ss:
COUNTY OF NEW YORK  )

Theodore B. Olson, being duly sworn, says:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036.

2. On behalf of my firm, I represent Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden LP (collectively, the "defendants") and wish to do so in this action.

3. I respectfully submit this affidavit in support of the motion pursuant to Rule 1.3(c) of the Local Civil Rules of United States District Court for the Southern District of New York for an Order permitting me to appear, argue and, if necessary, try as counsel and advocate in this Court on behalf of the defendants in this action, along with local counsel, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166.

4. I am a member of good standing of the State Bar of California and the Bar of the District of Columbia. I was admitted to practice law in the State of California on January 6, 1966, and admitted to practice law in the District of Columbia on December 21, 1982. Attached are certificates of Good Standing from the State of California and the District of Columbia issued within the past 30 days.

5. There are no pending disciplinary proceedings against me in any state or Federal Court.

6. I respectfully request that this Court grant the application for admission to the Bar pursuant to Rule 1.3(c) of the Local Civil Rules of United States District Court for the Southern District of New York.

WHEREFORE, Your Affiant respectfully submits that he be permitted to appear as counsel and advocate Pro Hac Vice in this case.

Dated: April 11, 2005

_____
Theodore B. Olson

Sworn to and subscribed before me
This 11th day of April, 2005.

_____
Notary Public

DARLENE JONES
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires January 1, 2009

2