## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2005, I caused a true and correct copy of defendants Notice of Motion to Dismiss and the Memorandum of Law in support of that Motion to be served by U.S. Mail, first-class, postage pre-paid, on the following counsel for Plaintiffs New York Jets LLC and New York Jets Development LLC:

Marc E. Kasowitz
Daniel R. Benson
Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

David Boies
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Robert J. Dwyer
Paul R. Verkuil
Alanna C. Rutherford
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY 10022

Jonathan D. Schiller
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015

_____
Angel Arias