# BOIES, SCHILLER & FLEXNER LLP

NEW YORK    WASHINGTON DC    FLORIDA    CALIFORNIA    NEW HAMPSHIRE

April 20, 2005

Clerk of the Court
United States District Court
   Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *New York Jets LLC v. Cablevision Systems Corp.*, No. 05-CV-2875(HB)

Dear Sir:

    Upon filing Plaintiffs' Memorandum In Opposition to Motion to Dismiss in the above-captioned case yesterday, we noticed errors in the Table of Authorities. Attached please find a copy of the Memorandum containing a corrected Table of Authorities.

    We apologize for any inconvenience this may have caused the Court. A corrected copy is being delivered to Defendants' counsel.

Respectfully yours,

David A. Barrett

cc:    Jack M. Weiss, Esq.
         Miguel A. Estrada, Esq.