## CERTIFICATE OF SERVICE

It is hereby certified that on April 20, 2005, Plaintiffs' Memorandum In Opposition to Motion to Dismiss was served via U.S. Mail, upon:

> Jack M. Weiss
> Randy M. Mastro
> GIBSON, DUNN & CRUTCHER LLP
> 200 Park Avenue
> New York, NY 10166-0193

> Miguel A. Estrada
> Theodore B. Olson
> Michael L. Denger
> Joshua Lipton
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Ave. NW
> Washington DC 20036-5306

_____
Marcia Hamilton