UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

            Plaintiffs,

v.

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and MADISON
SQUARE GARDEN L.P.,

           Defendants.

------------------------------------x

Case No. 05-CV-2875 (HB)

**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Defendant Cablevision Systems Corporation is a publicly traded company traded on the New York Stock Exchange under the symbol "CVC." CSC Holdings, Inc. is a wholly owned subsidiary of Cablevision Systems Corporation and is not publicly traded. Madison Square Garden, L.P. is a wholly owned subsidiary of Regional Programming Partners, which is an indirect wholly owned subsidiary of CSC Holdings, Inc. The following are publicly held corporations that own 10% or more of Cablevision Systems Corporation's stock:

      Citigroup, Inc.

      Capital Group International, Inc.

      Gabelli Asset Management, Inc.

Dated:     New York, New York
           April 21, 2005

GIBSON, DUNN & CRUTCHER LLP

_____
Randy M. Mastro (RM-9492)
Miguel A. Estrada (ME-4227)
Theodore B. Olson *(admission pro hac vice pending)*
Michael L. Denger
Joshua Lipton
Jack M. Weiss

1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Tel: (202) 955-8500
Fax: (202) 467-0539

200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035

*Counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden L.P.*

80326513_1.DOC