## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2005, I caused a true and correct copy of defendants Reply Memorandum In Support Of Defendants' Motion To Dismiss to be served by hand delivery, on the following counsel for Plaintiffs New York Jets LLC and New York Jets Development LLC:

Marc E. Kasowitz
Daniel R. Benson
Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

David Boies
Jonathan D. Schiller
Robert J. Dwyer
Paul R. Verkuil
Alanna C. Rutherford
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY  10022

_Megan Genet_
Megan Genet

12