KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

DANIEL J. FETTERMAN
212-506-1934

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

May 9, 2005



**VIA HAND DELIVERY**

Honorable Harold Baer, Jr.
500 Pearl Street
Chambers 2230
New York, NY 10007

Re:   New York Jets v. Cablevision Systems Corporation, 05-CV-2875 (HB)

Dear Judge Baer:

Plaintiffs in the above-captioned case respectfully request an adjournment of the Pre-Trial Conference to June 30. The Pre-Trial Conference currently is scheduled for June 2. I have spoken to Randy Mastro, counsel for Defendants, and Mr. Mastro consents to this adjournment. The current docket report for this case is enclosed.

Plaintiffs also are available on June 30 for oral argument on Defendants' pending motion to dismiss should the Court want to schedule oral argument for that date.

Sincerely,

Daniel J. Fetterman

Enclosure

cc:   Randy M. Mastro, Esq.
      Andrew L. Lee, Esq.
      Robert J. Dwyer, Esq.

*I am glad to put either oral argument into either chambers that day — you can schedule with [illeg.] convenience [illeg.]*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 5/9/05