THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NEW YORK JETS LLC and JETS DEVELOPMENT LLC,

                        Plaintiffs,

           -against-                                      05 Civ. 2875 (HB)
                                                                    ORDER

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and
MADISON SQUARE GARDEN LP,

                        Defendants.
-------------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

       WHEREAS, on August 25, 2005, this Court held a telephone conference regarding several discovery issues raised by the parties; it is hereby

       ORDERED, that discovery "with respect to the issue of political versus commercial speech" shall be extended and concluded on or before September 15, 2005; and, it is further

       ORDERED, that simultaneous briefs of no more than 15 pages, not including exhibits, are due on September 20, 2005; and, it is further

       ORDERED, that oral argument, if requested, will take place on September 27, 2005 at 10:00 a.m. in Courtroom 23B.

**IT IS SO ORDERED**
New York, New York
August 25, 2005

                                                     U.S.D.J.

1