UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENT LLC, | : <br> : <br> : | Case No. 05-CV-2875 (HB) <br><br> **Oral Argument Requested** |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN L.P., | : <br> : <br> : <br> : | |
| Defendants. | : <br> : <br> : | |

### NOTICE OF DEFENDANTS' MOTION TO AMEND ORDER ON MOTION TO DISMISS, TO INCLUDE CERTIFICATION UNDER §1292(B) AND TO STAY PROCEEDINGS PENDING APPEAL

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support of Defendants' Motion To Amend Order On Motion to Dismiss, To Include Certification Under §1292(b), and To Stay Proceedings Pending Appeal, defendants will move this Court, before the Honorable Harold Baer, Jr., United States District Judge, at a time and date to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order Amending The Order On Motion To Dismiss, Including Certification under 28 U.S.C. § 1292(b) that the Order "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation," and Staying Proceedings Pending Appeal. In order to present these issues to the Court of Appeals as expeditiously as possible, Cablevision requests that the Court address this Motion on an expedited basis.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1(b) of the Local Rules of the Southern District of New York and the Order of this Court, answering papers, if any, must be served within ten business days after service of the moving papers.  Reply papers must be served within five business days after service of answering papers.

Defendants respectfully request that the Court schedule oral argument for this motion.

Dated:  October 27, 2005

Respectfully submitted,

/s/ Randy M. Mastro

| | |
|---|---|
| Miguel A. Estrada | Randy M. Mastro (RM-9492) |
| Theodore B. Olson | Jack M. Weiss |
| Michael L. Denger | GIBSON, DUNN & CRUTCHER LLP |
| Joshua Lipton | 200 Park Avenue |
| GIBSON, DUNN & CRUTCHER LLP | New York, NY  10166-0193 |
| 1050 Connecticut Avenue, NW | Tel:  (212) 351-4000 |
| Washington, DC  20036-5306 | Fax:  (212) 351-4035 |
| Tel:  (202) 955-8500 | |
| Fax:  (202) 467-0539 | *Counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden L.P.* |