## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2005, I caused a true and correct copy of (1) Defendants' Notice of Motion and (2) Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss, To Include Certification Under §1292(b), and To Stay Proceedings Pending Appeal to be served by hand delivery, on the following counsel for Plaintiffs New York Jets LLC and New York Jets Development LLC:

Marc E. Kasowitz
Daniel R. Benson
Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

David Boies
Jonathan D. Schiller
Robert J. Dwyer
Paul R. Verkuil
Alanna C. Rutherford
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY  10022



_____/s/Megan R. Genet_____
Megan R. Genet

80338117_1.DOC