UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK JETS LLC and : Case No. 05-CV-2875 (HB)
JETS DEVELOPMENT LLC, :
: **Stipulation and Order**
       Plaintiffs, :
:
v. :
:
CABLEVISION SYSTEMS CORPORATION, :
CSC HOLDINGS, INC., and MADISON :
SQUARE GARDEN L.P., :
:
       Defendants. :

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-05
```

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as counsel for Plaintiffs and Defendants, as follows:

    1.    Defendants' time to answer and/or otherwise respond to the Complaint is extended until November 15, 2005.

    2.    Plaintiffs' and Defendants' respective Rule 26(a)(1) disclosures will be due on November 22, 2005.

    3.    The extension of Defendants' time to answer and/or otherwise respond to the Complaint will have no effect on the discovery schedule or on Plaintiffs' ability to take discovery.

    4.    Defendants will not mention or use Plaintiffs' agreement to the aforementioned extension in the context of their motion for a stay.

Dated:   New York, New York
         October 31, 2005

                                  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
      Daniel J. Fetterman (DF-9093)

1633 Broadway
New York, New York 10019-6799
Telephone: (212) 506-1800

*Attorneys for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP

By: _____
      Randy M. Mastro (RM-9492)

200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

*Attorneys for Defendants*

SO ORDERED this ___ day
of _____, 2005:

_____
HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

2