UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENT LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN L.P.,<br><br>   Defendants. | Case No. 05-CV-2875 (HB) |

### CERTIFICATE OF SERVICE

I, Gabriel Herrmann, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 15th day of November, 2005, I caused to be served by hand delivery a true and correct copy of Defendants' Answer and Counterclaims upon each of the following: Daniel J. Fetterman, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, and Robert J. Dwyer, Boies, Schiller & Flexner LLP, 570 Lexington Avenue, New York, New York, 10022.

Dated:    New York, New York
          November 15, 2005

_____
Gabriel Herrmann (GH-2436)

80346885_1.DOC

Dockets.Justia.com