UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and JETS DEVELOPMENT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION, CSC HOLDINGS, INC., and MADISON SQUARE GARDEN L.P.,<br><br>Defendants. | Case No. 05-CV-2875 (HB)<br><br>**CERTIFICATE OF SERVICE** |

I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 2nd day of December 2005, I served the Amended Answer and Counterclaims of Defendants' Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden L.P., electronically (via ECF), upon the counsel of record in this action.

_____
Angel S. Arias

80348219_1.DOC