UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

            Plaintiffs,

    v.                          Case No. 05-CV-2875 (HB)
                               (ECF)

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and
MADISON SQUARE GARDEN LP,

            Defendants.

-------------------------------------------------------------X

## STIPULATION AND ORDER

In light of Defendants' Amended Counterclaims filed in the above-captioned case, IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that the time for Plaintiffs NEW YORK JETS LLC and JETS DEVELOPMENT LLC to answer, move or otherwise respond to the Amended Counterclaims shall be changed from December 16, 2005 to December 22, 2005.

Dated: December 20, 2005
New York, NY

_____
Randy Mastro (RM-9492)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
*Counsel for Defendants*

_____
Alanna C. Rutherford (AR-0497)
BOIES, SCHILLER & FLEXNER LLP
570 Lexington Avenue
New York, NY 10022
212-446-2300
*Counsel for Plaintiffs*

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.