UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
NEW YORK JETS LLC and :
JETS DEVELOPMENT LLC, :
:
                Plaintiffs, :
:
                v. :   05 Civ. 2875 (HB)
:   (ECF)
CABLEVISION SYSTEMS CORPORATION, :
CSC HOLDINGS, INC., and :   **Oral Argument Requested**
MADISON SQUARE GARDEN LP, :
:
                Defendants. :
:
-----------------------------------------------------------X

## NOTICE OF PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS

PLEASE TAKE NOTICE that upon this Notice of Motion to Dismiss and the accompanying memorandum of law, Plaintiffs New York Jets LLC and Jets Development LLC (collectively, "Jets," "New York Jets" or "Plaintiffs") hereby move this court, before the Honorable Harold Baer, Jr., at the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Counterclaims in this action for failure to state a claim upon which relief can be granted.

Plaintiffs respectfully request that the Court schedule oral argument for this motion.

Dated: New York, New York
December 22, 2005

David Boies (DB-4399)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
914-749-8200

Robert J. Dwyer (RD-9629)
Paul R. Verkuil (PV-5978)
Alanna C. Rutherford (AR-0497)
BOIES, SCHILLER & FLEXNER LLP
570 Lexington Avenue
New York, New York 10022
212-446-2300

*Of Counsel*:
Jonathan D. Schiller
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
202-237-2727

Marc E. Kasowitz (MK-2597)
Daniel R. Benson (DB-6587)
Daniel J. Fetterman (DF-9093)
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
212-506-1700