## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2005, I caused true and correct copies of Plaintiffs' Reply to Defendants' Answer and Amended Counterclaims, Plaintiffs' Motion to Dismiss Defendants' Counterclaims and the accompanying Memorandum of Law to be served upon Defendants' lead counsel listed below via hand-delivery.

                Randy M. Mastro, Esq.
                Gibson, Dunn & Crutcher LLP
                200 Park Avenue, 47th Floor
                New York, NY 10166-0193

                _____
                James Zvokel
                Boies, Schiller & Flexner
                570 Lexington Ave, 16th Floor
                New York, NY 10022
                (212) 446-2300