UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
NEW YORK JETS LLC and              :
JETS DEVELOPMENT LLC,              :
                                   :
        Plaintiffs,             :
                                   :
v.                                 :  Case No. 05-CV-2875 (HB)
                                   :
CABLEVISION SYSTEMS CORPORATION,   :
CSC HOLDINGS, INC., and MADISON    :
SQUARE GARDEN L.P.,                :
                                   :
        Defendants.             :
------------------------------------x

## JOINT MOTION TO AMEND SCHEDULE FOR EXPERT DISCOVERY

Pursuant to Fed. R. Civ. P. 16(b), the parties hereby jointly request that the current Scheduling Order, under which the parties must complete discovery by March 31, 2006, be revised to extend the dates relating to expert discovery. As grounds for this motion, the parties state that the number of experts involved, and the volume of fact and expert discovery in this case, have made it virtually impossible to conclude expert discovery by March 31, 2006. The parties' proposed amendment would not affect any other dates in the Scheduling Order. In particular, the parties' proposed amendment would not affect the May 15, 2006 deadline relating to dispositive motions, the July 17, 2006 deadline for submitting the Joint Pretrial Order, or the August 2006 trial date set by this Court.

The parties respectfully request that the Scheduling Order be modified to reflect the following schedule for expert discovery:

| | |
|---|---|
| March 10, 2006 | Deadline for expert reports for party with the burden of proof |

1

Dockets.Justia.com

| | |
|---|---|
| March 31, 2006 | Deadline for completing depositions of experts who filed reports on March 10 |
| April 5, 2006 | Deadline for responsive expert reports |
| April 14, 2006 | Deadline for completing depositions of experts who filed responsive reports |
| April 20, 2006 | Deadline for rebuttal reports (rebuttal reports will be permitted only to the extent that a responsive report addresses an issue that was not raised in the opening report). Depositions of experts filing rebuttal reports, if any, will be completed by May 2. |

Dated: December 27, 2005

_____
Randy M. Mastro (RM-9492)
Jennifer H. Rearden (JR-2552)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035

Miguel A. Estrada (ME-4227)
Theodore B. Olson
Michael L. Denger
Joshua Lipton
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Tel: (202) 955-8500
Fax: (202) 467-0539

*Counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden, L.P.*

_____
Robert J. Dwyer (RD-9629)
Paul R. Verkuil (PV-5978)
Alanna C. Rutherford (AR-0497)
BOIES, SCHILLER & FLEXNER LLP
570 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300

David Boies (DB-4399)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

*Of Counsel:*
Jonathan D. Schiller
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
Tel: (202) 237-2727

Marc E. Kasowitz (MK-2597)
Daniel R. Benson (DB-6587)
Daniel J. Fetterman (DF-9093)
KASOWITZ, BENSON, TORRES
& FRIEDMAN
1633 Broadway
New York, NY 10019

Tel: (212) 506-1700

*Counsel for Plaintiffs New York Jets LLC
and Jets Development LLC*

SO ORDERED this ___ day
of _____, 2005:


_____
HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE
80350385_2.DOC