ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02875-HB

| | |
|---|---|
| New York Jets LLC et al v. Cablevision Systems Corporation et al | Date Filed: 03/16/2005 |
| Assigned to: Judge Harold Baer | Jury Demand: Plaintiff |
| Cause: 15:2 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

## Plaintiff

**New York Jets LLC**  represented by  **Alanna Cyreeta Rutherford**
Boies, Schiller & Flexner, LLP
570 Lexington Avenue
New York, NY 10022
(212) 446-2300
Fax: (212) 446-2350
Email: arutherford@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Benson**
Kasowitz, Benson, Torres &
Friedman, LLP(NYC)
1633 Broadway
New York, NY 10019
(212) 506-1700
Fax: (212)-506-1849
Email: dbenson@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Fetterman**
Kasowitz, benson, Torres &

Friedman LLP
1633 Broadway
New York, NY 10019
212 506-1700
Fax: 212 506-1800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Boies**
Boies, Schiller & Fexner LLP
333 Main Street
Armonk, NY 10504
917 749-8200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Schiller**
Boies, Schiller & Flexner L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 570
Washington, DC 20015
(202) 237-2727
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc E. Kasowitz**
Kasowitz, Benson, Torres &
Friedman, LLP(NYC)
1633 Broadway
New York, NY 10019
212-506-1710
Fax: 212-506-1800
Email: mkasowitz@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Verkuil**
Boies, Schiller & Flexner, LLP
570 Lexington Avenue
New York, NY 10022
(212) 446-2300
Fax: (212) 446-2360

Email: pverkuil@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jets Development LLC** | represented by | **Alanna Cyreeta Rutherford** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Daniel R. Benson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Fetterman**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
212 506-1700
Fax: 212 506-1800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Boies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Schiller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc E. Kasowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Verkuil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Cablevision Systems Corporation** | represented by | **Randy M. Mastro**<br>Gibson, Dunn & Crutcher LLP (NYC)<br>200 Park Avenue, 48th Floor<br>New York, NY 10166<br>212-351-3825<br>Fax: 212-351-5219<br>Email: rmastro@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CSC Holdings, Inc.** | represented by | **Randy M. Mastro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Madison Square Garden LP** | represented by | **Randy M. Mastro**<br>(See above for address) |

4

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cablevision Systems Corporation**

**Counter Claimant**

**CSC Holdings, Inc.**

**Counter Claimant**

**Madison Square Garden LP**

V.

**Counter Defendant**

| | |
|---|---|
| **New York Jets LLC** | represented by **Alanna Cyreeta Rutherford** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | |
|---|---|
| **Jets Development LLC** | represented by **Alanna Cyreeta Rutherford** (See above for address) |

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cablevision Systems Corporation**

**Counter Claimant**

**CSC Holdings, Inc.**

**Counter Claimant**

**Madison Square Garden LP**

V.

**Counter Defendant**

**New York Jets LLC**

**Counter Defendant**

**Jets Development LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2005 | 1 | COMPLAINT against Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Filing Fee $ 250.00, Receipt Number 537629)Document filed by New York Jets LLC, Jets Development LLC.(es, ) Additional attachment(s) added on 3/17/2005 (gf, ). (Entered: 03/16/2005) |
| 03/16/2005 |  | SUMMONS ISSUED as to Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (es, ) (Entered: 03/16/2005) |
| 03/16/2005 |  | Magistrate Judge Debra C. Freeman is so designated. (es, ) (Entered: 03/16/2005) |
| 03/16/2005 |  | Case Designated ECF. (es, ) (Entered: 03/16/2005) |
| 03/16/2005 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by New York Jets LLC, Jets Development LLC.(es, ) Additional attachment(s) added on 3/17/2005 (gf, ). (Entered: 03/16/2005) |
| 03/16/2005 | 3 | NOTICE of Appearance by Marc E. Kasowitz on behalf of New York Jets LLC, Jets Development LLC (es, ) Additional attachment(s) added on 3/17/2005 (gf, ). (Entered: 03/16/2005) |

| | | | |
|---|---|---|---|
| 03/16/2005 | | 4 | NOTICE of Appearance by Daniel R. Benson on behalf of New York Jets LLC, Jets Development LLC (es, ) Additional attachment(s) added on 3/17/2005 (gf, ). (Entered: 03/16/2005) |
| 03/16/2005 | | 5 | NOTICE of Appearance by Daniel J. Fetterman on behalf of New York Jets LLC, Jets Development LLC (es, ) Additional attachment(s) added on 3/17/2005 (gf, ). (Entered: 03/16/2005) |
| 03/23/2005 | | 6 | AFFIDAVIT OF SERVICE. CSC Holdings, Inc. served on 3/16/2005, answer due 4/5/2005. Document filed by New York Jets LLC; Jets Development LLC. (Attachments: # 1)(Kasowitz, Marc) (Entered: 03/23/2005) |
| 03/23/2005 | | 7 | AFFIDAVIT OF SERVICE. Madison Square Garden LP served on 3/16/2005, answer due 4/5/2005. Document filed by New York Jets LLC; Jets Development LLC. (Attachments: # 1)(Kasowitz, Marc) (Entered: 03/23/2005) |
| 03/23/2005 | | 8 | AFFIDAVIT OF SERVICE. Cablevision Systems Corporation served on 3/16/2005, answer due 4/5/2005. Document filed by New York Jets LLC; Jets Development LLC. (Attachments: # 1)(Kasowitz, Marc) (Entered: 03/23/2005) |
| 04/05/2005 | | 9 | MOTION to Dismiss *w/ Certificate of Service of the Motion to Dismiss and supporting Memorandum of Law and Appendix of Unreported Opinions on Plaintiffs' Counsel, by hand, attached.* Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) |

| | | |
|---|---|---|
| | | (Entered: 04/05/2005) |
| 04/05/2005 | 10 | MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss *w/ Certificate of Service of the Motion to Dismiss and supporting Memorandum of Law and Appendix of Unreported Opinions on Plaintiffs' Counsel, by hand, attached..* Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Attachments: # 1 Attachment 1# 2 Attachment 2# 3 Attachment 3# 4 Attachment 4A# 5 Attachment 4B# 6 Attachment 5)(Mastro, Randy) (Entered: 04/05/2005) |
| 04/05/2005 | 11 | MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss *w/ Certificate of Service of the Motion to Dismiss and supporting Memorandum of Law and Appendix of Unreported Opinions on Plaintiffs' Counsel, by hand, attached.* APPENDIX OF UNREPORTED OPINIONS. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 04/05/2005) |
| 04/12/2005 | 12 | MOTION for Leave to Appear Pro Hac Vice *by Theodore B. Olsen.* Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Attachments: # 1 Text of Proposed Order)(Mastro, Randy) (Entered: 04/12/2005) |
| 04/12/2005 | 13 | AFFIDAVIT of Randy M. Mastro in Support re: 12 MOTION for Leave to Appear Pro Hac Vice *by Theodore B. Olsen..* Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square |

| | | |
|---|---|---|
| | | Garden LP. (Mastro, Randy) (Entered: 04/12/2005) |
| 04/12/2005 | 14 | AFFIDAVIT of Theodore B. Olsen in Support re: 12 MOTION for Leave to Appear Pro Hac Vice *by Theodore B. Olsen.*. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Attachments: # 1 Exhibit 1 - Certificates of Good Standing)(Mastro, Randy) (Entered: 04/12/2005) |
| 04/12/2005 | 15 | CERTIFICATE OF SERVICE of Motion for Leave to Appear Pro Hac Vice by Theodore B. Olsen served on Kasowitz, Benson, Torres & Friedman LLP and Boies, Schiller & Flexner LLP, attorneys for Plaintiffs on 04/12/2005. Service was made by mail. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 04/12/2005) |
| 04/19/2005 | 16 | MEMORANDUM OF LAW in Opposition re: 9 MOTION to Dismiss *w/ Certificate of Service of the Motion to Dismiss and supporting Memorandum of Law and Appendix of Unreported Opinions on Plaintiffs' Counsel, by hand, attached.*. Document filed by New York Jets LLC, Jets Development LLC. (Rutherford, Alanna) (Entered: 04/19/2005) |
| 04/20/2005 | 17 | MEMORANDUM OF LAW in Opposition re: 9 MOTION to Dismiss *w/ Certificate of Service of the Motion to Dismiss and supporting Memorandum of Law and Appendix of Unreported Opinions on Plaintiffs' Counsel, by hand, attached. CORRECTED.* Document filed by New York |

| | | |
|---|---|---|
| | | Jets LLC, Jets Development LLC. (Attachments: # 1 Cover Letter)(Rutherford, Alanna) (Entered: 04/20/2005) |
| 04/20/2005 | 18 | CERTIFICATE OF SERVICE of Memorandum in Opposition to Motion to Dismiss served on Cablevision Systems Corp. et al. on 4/20/05. Service was made by Mail. Document filed by New York Jets LLC, Jets Development LLC. (Rutherford, Alanna) (Entered: 04/20/2005) |
| 04/21/2005 | 19 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP.(Mastro, Randy) (Entered: 04/21/2005) |
| 04/29/2005 | 20 | REPLY MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss *w/ Certificate of Service of the Motion to Dismiss and supporting Memorandum of Law and Appendix of Unreported Opinions on Plaintiffs' Counsel, by hand, attached.*. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Attachments: # 1 Exhibit 1 - WFAN Transcript# 2 Exhibit 2 - Verified Amended Petition# 3 Exhibit 3 - Emergency Affirmation# 4 Exhibit 4 - Notice of Petition# 5 Exhibit 5 - Brief of Amici Curiae)(Mastro, Randy) (Entered: 04/29/2005) |
| 04/29/2005 | 21 | CERTIFICATE OF SERVICE of Rely Memorandum of Law w/ Exhibits in Support of Defendants' Motion to Dismiss served on counsel for plaintiffs on 04/29/05. Service was made by hand delivery. Document filed by Cablevision |

| | | |
|---|---|---|
| | | Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 04/29/2005) |
| 05/12/2005 | 22 | ENDORSED LETTER addressed to Judge Harold Baer from Daniel Fetterman dated 5/9/05 re: counsel for plaintiffs request an adjournment of the pretrial conference to 6/30/05. I am glad to have oral assignment but hardly that far out lets either agree on Tuesday 6/14/05 or call chambers the following week we will schedule PTC at your convenience. (Signed by Judge Harold Baer on 5/9/05) (dle, ) (Entered: 05/13/2005) |
| 06/15/2005 | 23 | PRETRIAL SCHEDULING ORDER: Parties do not consent to proceed before a United States Magistrate for all purposes, purs to 28 U.S.C. section 636(c) and FRCP 73; a joint pretrial order shall, unless waived by the court, be submitted by May 26, 2005; No party may make a dispositive motion returnable after March 15, 2006. (Signed by Judge Harold Baer on 6/15/05) (djc, ) (Entered: 06/17/2005) |
| 06/15/2005 | | MEMORANDUM TO THE DOCKET CLERK: hearing begun on 6/15/05 regarding oral argument on dfts motion to dismiss the complaint. (dle, ) (Entered: 06/20/2005) |
| 06/27/2005 | 24 | TRANSCRIPT of proceedings held on 6/15/2005 @2:10pm before Judge Harold Baer. (lb, ) (Entered: 06/27/2005) |
| 07/27/2005 | 25 | ORDER that the parties have 30 day for discovery of whatever sort they think helpful, as further set forth in this document. Assuming there is a continuing |

| | | |
|---|---|---|
| | | interest to pursue this matter at all with its attended expense, simultaneous briefs of no more than 15 pages, not including exhibits, will be due on 8/30, and should either party request oral argument, let me know and it will take place at 2 pm on 9/26/05. (Signed by Judge Harold Baer on 7/27/05) (cd, ) (Entered: 07/28/2005) |
| 08/25/2005 | 26 | ORDER. That discovery "with respect to the issue of political versus commercial speech" shall be extended and concluded on or before 9/15/2005. Simultaneous briefs of no more than 15 pages, not including exhibits, are due on 9/20/05. Oral argument, if requested, will take place on 9/27/2005 at 10:00 AM (Signed by Judge Harold Baer on 8/25/05) (yv, ) (Entered: 08/26/2005) |
| 09/27/2005 | | Minute Entry for proceedings held before Judge Harold Baer : Motion Hearing held on 9/27/2005 re: 9 MOTION to Dismiss *w/ Certificate of Service of the Motion to Dismiss and supporting Memorandum of Law and Appendix of Unreported Opinions on Plaintiffs' Counsel, by hand, attached.* filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. Judge's Decision: Reserved. (jco, ) (Entered: 10/04/2005) |
| 10/11/2005 | 27 | TRANSCRIPT of proceedings held on 9/27/2005 before Judge Harold Baer. Court Reporter: Southern District Reports, P.C.. (jmi, ) (Entered: 10/11/2005) |
| 10/18/2005 | 28 | MEMORANDUM AND OPINION # 92314 granting (with respect to Cablevision's alleged "public misrepresentations" and denying in all other respects 9 MOTION to |

| | | |
|---|---:|---|
| | | Dismiss, filed by Cablevision Systems Corporation,, CSC Holdings, Inc.,, Madison Square Garden LP,. All discovery shall be completed by 3/31/06; no dispositive motions shal be made returnable after 5/15/06; the joint pretrial order is due 7/17/06; and this matter is added to the 8/06 trailing trial calendar. (Signed by Judge Harold Baer on 10/17/05) (cd, ) Modified on 10/25/2005 (sao, ). (Entered: 10/18/2005) |
| 10/27/2005 | 29 | MOTION to Amend/Correct *Order On Motion to Dismiss, To Include Certification Under Section 1292(b) And To Stay Proceedings Pending Appeal*. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 10/27/2005) |
| 10/27/2005 | 30 | BRIEF *In Support Of Defendants' Motion to Amend Order On Motion To Dismiss, To Include Certification Under Section 1292(b) And To Stay Proceedings Pending Appeal*. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP.(Mastro, Randy) (Entered: 10/27/2005) |
| 10/27/2005 | 31 | CERTIFICATE OF SERVICE. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 10/27/2005) |
| 11/09/2005 | 32 | STIPULATION AND ORDER, Cablevision Systems Corporation answer due 11/15/2005; CSC Holdings, Inc. answer due 11/15/2005; Madison Square Garden LP answer due 11/15/2005. (Signed by |

| | | |
|---|---|---|
| | | Judge Harold Baer on 11/9/05) (sac, ) (Entered: 11/10/2005) |
| 11/10/2005 | 33 | MEMORANDUM OF LAW in Opposition re: 29 MOTION to Amend/Correct *Order On Motion to Dismiss, To Include Certification Under Section 1292(b) And To Stay Proceedings Pending Appeal.*. Document filed by New York Jets LLC, Jets Development LLC. (Rutherford, Alanna) (Entered: 11/10/2005) |
| 11/14/2005 | 34 | REPLY MEMORANDUM OF LAW in Support re: 29 MOTION to Amend/Correct *Order On Motion to Dismiss, To Include Certification Under Section 1292(b) And To Stay Proceedings Pending Appeal.*. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 11/14/2005) |
| 11/15/2005 | 35 | CERTIFICATE OF SERVICE of Defendants' Reply Memorandum in Further Support of Motion to Amend Order on Motion to Dismiss to Include Certification under Sect. 1292(b) and to Stay Proceedings Pending Appeal served on New York Jets LLC and Jets Development LLC on 11/14/2005. Service was made by hand delivery. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 11/15/2005) |
| 11/15/2005 | 36 | ANSWER to Complaint., COUNTERCLAIM against all plaintiffs. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP.(Mastro, Randy) (Entered: 11/15/2005) |

| | | | |
|---|---|---|---|
| 11/16/2005 | | 37 | CERTIFICATE OF SERVICE of Defendants' Answer and Counterclaims served on New York Jets LLC and Jets Development LLC on 11/15/2005. Service was made by hand delivery. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 11/16/2005) |
| 12/02/2005 | | 38 | AMENDED ANSWER to 1 Complaint,., COUNTERCLAIM against all plaintiffs. Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 12/02/2005) |
| 12/02/2005 | | 39 | CERTIFICATE OF SERVICE of Amended Answer and Counterclaims served on New York Jets LLC and Jets Development LLC on 12/02/2005. Service was made by electronic notice (via ECF). Document filed by Cablevision Systems Corporation, CSC Holdings, Inc., Madison Square Garden LP. (Mastro, Randy) (Entered: 12/02/2005) |
| 12/19/2005 | | 40 | MEMORANDUM AND OPINION 92536 re: For the reasons set forth, defendants' motion 29 to certify this Court's October 17 Order for interlocutory appeal is DENIED. The Clerk of the Court is directed to close this motion. The discovery and trial schedule set forth in my 10/17 order remains in effect. (Signed by Judge Harold Baer on 12/19/2005) (lb, ) Modified on 12/21/2005 (ns, ). (Entered: 12/19/2005) |
| 12/20/2005 | | 41 | MOTION for Extension of Time to File Answer *Defendants' Amended* |

16

| | | |
|---|---|---|
| | | *Counterclaims*. Document filed by New York Jets LLC, Jets Development LLC, New York Jets LLC, Jets Development LLC. (Rutherford, Alanna) (Entered: 12/20/2005) |
| 12/22/2005 | 42 | MOTION to Dismiss *Defendants' Counterclaims*. Document filed by New York Jets LLC, Jets Development LLC. (Attachments: # 1)(Rutherford, Alanna) (Entered: 12/22/2005) |
| 12/22/2005 | 43 | ANSWER to Counterclaim. Document filed by New York Jets LLC, Jets Development LLC. (Attachments: # 1 Certificate of Service)(Rutherford, Alanna) (Entered: 12/22/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/27/2005 23:30:21 | | | |
| **PACER Login:** | gd0158 | **Client Code:** | 19730-00007 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-02875-HB |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |