BAER, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENT LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN L.P.,<br><br>　　　　　Defendants. | Case No. 05-CV-2875 (HB) |



RECEIVED
DEC 28 2005
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-29-05

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants CABLEVISION SYSTEMS CORPORATION, CSC HOLDINGS, INC., and MADISON SQUARE GARDEN, L.P., to respond to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims shall be extended from January 9, 2006 to January 17, 2006, and that the time for Plaintiffs NEW YORK JETS LLC and JETS DEVELOPMENT LLC to reply in further support of their Motion to Dismiss Defendants' Amended Counterclaims shall be extended from January 17, 2006 to January 24, 2006.

Dated: New York, New York
December 27, 2005

_____
Randy M. Mastro (RM-9492)
Jennifer H. Rearden (JR-2552)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035

Miguel A. Estrada (ME-4227)
Theodore B. Olson
Michael L. Denger
Joshua Lipton
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Tel: (202) 955-8500
Fax: (202) 467-0539

*Counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc., and Madison Square Garden, L.P.*

_____
Robert J. Dwyer (RD-6457) AGN
Paul R. Verkuil (PV-5978)
Alanna C. Rutherford (AR-0497)
BOIES, SCHILLER & FLEXNER LLP
570 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300

David Boies (DB-4399)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

*Of Counsel:*
Jonathan D. Schiller
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
Tel: (202) 237-2727

Marc E. Kasowitz (MK-2597)
Daniel R. Benson (DB-6587)
Daniel J. Fetterman (DF-9093)
KASOWITZ, BENSON, TORRES
& FRIEDMAN
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700

*Counsel for Plaintiffs New York Jets LLC and Jets Development LLC*

SO ORDERED:
_____
Harold Baer, Jr., U.S.D.J.
12/29/05

2