UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

   Plaintiffs-Counterclaim
   Defendants,

v.

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and MADISON
SQUARE GARDEN L.P.,

   Defendants-Counterclaim
   Plaintiffs.
------------------------------------x

Case No. 05-CV-2875 (HB)

### DECLARATION OF RANDY M. MASTRO IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS

Pursuant to 28 U.S.C. § 1746(2), Randy M. Mastro declares as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, with offices at 200 Park Avenue, New York, New York 10166, counsel for Defendants-Counterclaim Plaintiffs in this action. I am admitted to practice before this Court and the courts of the State of New York. I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims.

2. A true and correct copy of Gary Spencer's article, *Cuomo Signs Bill to Deter SLAPP Lawsuits*, N.Y. L.J., August 6, 1992, at 1, is attached hereto as Exhibit 1.

3. A true and correct copy of Plaintiff's Memorandum of Law in Support of Cross-Motion for Judgment on the Pleadings submitted in *PGC Property, LLC v. Wainscott/Sagaponack Property Owners, Inc.*, 250 F. Supp. 2d 136 (E.D.N.Y. 2003) (No. CV 02 2275), is attached hereto as Exhibit 2.

4.  A true and correct copy of a memorandum decision and order issued by the Supreme Court, Suffolk County (Hall, J.), in *T.S. Haulers, Inc. v. Kaplan*, Index No. 7313/01, slip op. (Sup. Ct. Suffolk County Sept. 5, 2001), is attached hereto as Exhibit 3.

5.  A true and correct copy of chapter 767 of the Session Laws of New York for the 1992 Regular Session is attached hereto as Exhibit 4.

6.  A true and correct copy of Michael Saul's article, *Team Takes Direct Swipe at Cablevision*, N.Y. Daily News, January 16, 2005, at 3, is attached hereto as Exhibit 5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 17, 2006
    New York, New York

_____
Randy M. Mastro (RM-9492)

80351785_2.DOC