UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

          Plaintiffs-Counterclaim
          Defendants,

v.

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and MADISON
SQUARE GARDEN L.P.,

          Defendants-Counterclaim
          Plaintiffs.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 05-CV-2875 (HB)

**STATEMENT PURSUANT TO CLERK'S INSTRUCTION DATED
JANUARY 11, 2006 REGARDING FILING OF CERTAIN DOCUMENTS**

Due to a scheduled service interruption for the Southern District of New York's Electronic Case Filing ("ECF") system from January 12, 2006 to January 19, 2006, the following documents, which were served upon counsel for Plaintiffs-Counterclaim Defendants on January 17, 2006, were not concurrently filed on the ECF system: (1) Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims and (2) the Declaration of Randy M. Mastro in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims. In accordance with the instructions of the Court clerk's office, *see* Exhibit A, counsel for Defendants-Counterclaim Plaintiffs held these documents for ECF filing after restoration of ECF service.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:   New York, New York
          January 19, 2006

                                              Gabriel Herrmann (GH-2436)

80352240_1.DOC

**EXHIBIT A**

**Arias, Angel**

---

**From:** Robert_Rogers@nysd.uscourts.gov on behalf of POC_Admin@nysd.uscourts.gov
**Sent:** Thursday, January 05, 2006 12:40 PM
**Subject:** SDNY/ECF: Service Interruption Notice for January 12-19, 2006

The United States District Court
Southern District of New York
Electronic Case Filing Program
www.nysd.uscourts.gov

## ECF SERVICE INTERRUPTION NOTICE - MAJOR SYSTEM UPGRADE

### From Thursday, January 12, 2006, at noon, to Thursday, January 19, 2006 at 9:00 AM

**You will be unable to view or file documents until the system is restored.**

Please be advised the Southern District Court's Electronic Case Filing (ECF) computer system will be out of service during the time period described above. During this time the Court will undertake a major upgrade of the ECF computer hardware and software systems.

The Court is fully aware of the inability of outside parties to electronically file documents during an ECF Service Interruption.

In accordance with the Court's PROCEDURES FOR ELECTRONIC CASE FILING, section 11, if you are unable to electronically file due a technical problem, including an ECF Service Interruption, follow the steps below:

**(a)** Do not attempt to file paper documents in electronic cases except for emergency filings (eg. Temporary Restraining Order). The Clerk will be unable to accept routine paper filings in ECF cases.

**(b)** Electronically file your document as soon as the ECF system is back in service, and

**(c)** Make the record complete by electronically filing a statement explaining why the filing was "late" (you may include a copy of this message). File that statement as a pdf attachment to the filed document.

We apologize for any inconvenience this may cause.

Please share this email with others in your organization.

Questions concerning Electronic Case Filing may be directed to the **ECF Help Desk at (212)805-0800**, Monday through Friday, 8:30 AM to 7:00 PM.

To stop receiving these emails and remove your name from the Point of Contact (POC) list, simply reply to this email with the word "**UNSUBSCRIBE**" in the subject line.

Robert Rogers
POC Coordinator

1/19/2006