UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

             Plaintiffs-Counterclaim
             Defendants,

v.    Case No. 05-CV-2875 (HB)

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and MADISON
SQUARE GARDEN L.P.,

             Defendants-Counterclaim
             Plaintiffs.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Gabriel Herrmann, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on January 17, 2006, pursuant to an agreement with counsel for Plaintiffs-Counterclaim Defendants, I served a true and correct electronic copy (in Adobe Portable Document Format) of (1) Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims and (2) the Declaration of Randy M. Mastro in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims, on each of the following by electronic mail: Daniel J. Fetterman (dfetterman@kasowitz.com), Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, Robert J. Dwyer (rdwyer@bsfllp.com), Boies, Schiller & Flexner LLP, 570 Lexington Avenue, New York, New York, 10022, and Alanna C. Rutherford (arutherford@bsfllp.com), Boies, Schiller & Flexner LLP, 570 Lexington Avenue, New York, New York, 10022.

Dated:    New York, New York
             January 19, 2006

                                                      Gabriel Herrmann (GH-2436)

80352237_1.DOC