UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and JETS DEVELOPMENT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CABLEVISION SYSTEMS CORPORATION, CSC HOLDINGS, INC., and MADISON SQUARE GARDEN, L.P., <br><br> Defendants. | Case No. 05-CV-2875 (HB) |

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the Declaration of Noah Z. Seton submitted herewith, Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. move this Court before the Honorable Harold Baer, Jr., United States District Judge, on February 13, 2006, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York and the Individual Rules and Procedures of Judge Harold Baer, admitting Michael L. Denger Pro Hac Vice.

Dated: New York, New York
January 23, 2006

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By: _____
                                    Noah Z. Seton (NS-2307)
                                    200 Park Avenue, 47th Floor
                                    New York, New York 10166
                                    (212) 351-4000

80350277_1.DOC