UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK JETS LLC and :
JETS DEVELOPMENT LLC, :
                         : Case No. 05-CV-2875 (HB)
        Plaintiffs, :
                         :
v. :
                         :
CABLEVISION SYSTEMS CORPORATION, :
CSC HOLDINGS, INC., and MADISON :
SQUARE GARDEN, L.P., :
                         :
        Defendants. :
                         :
                         :

## ORDER

Upon consideration of the Declaration of Noah Z. Seton and the Declaration of Michael L. Denger, and good cause having been shown, it is SO ORDERED that Michael L. Denger is admitted to the bar of this Court Pro Hac Vice this ___ day of _____, 2006.

_____
Judge Harold Baer

5