## CERTIFICATE OF SERVICE

I hereby certify that on this 23th day of January, 2006, I caused a true and correct copy of the Notice of Motion for Admission Pro Hac Vice, Declaration of Person Moving Admission, Declaration of Party Seeking Admission, and unsigned Order, to be served by hand delivery, on the following counsel for Plaintiffs New York Jets LLC and New York Jets Development LLC:

Marc E. Kasowitz
Daniel R. Benson
Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

David Boies
Jonathan D. Schiller
Robert J. Dwyer
Paul R. Verkuil
Alanna C. Rutherford
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY 10022

_____
Megan Genet

80350280_1_ (2).doc

6