UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

        Plaintiffs,

v.

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and MADISON
SQUARE GARDEN, L.P.,

        Defendants.

Case No. 05-CV-2875 (HB)

## DECLARATION OF PERSON MOVING ADMISSION

Noah Z. Seton, being duly sworn, says:

    1.    I am an associate of the firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in the above-captioned action. I have been a member of the bar of this court since 2005. See Certificate of Good Standing issued by the United States District Court Southern District of New York, dated January 19, 2006, attached hereto. I make this declaration in support of defendants' motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court and the Individual Practices and Procedures of Judge Harold Baer, for the admission of Michael L. Denger to the bar of this Court Pro Hac Vice.

    2.    Michael L. Denger is a partner at the Washington, D.C. office of Gibson, Dunn & Crutcher LLP, counsel of record for the Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in this action. Mr. Denger is a member in good standing of the bar of the District of Columbia. (See Certificate issued by the District of

Columbia Court of Appeals, dated January 17, 2006, attached hereto). Mr. Denger is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

    3.    Accordingly, I respectfully request that Mr. Denger be admitted to the bar of this Court Pro Hac Vice.

By: _____
Noah Z. Seton (NS-2307)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000

Sworn before me this
23_th day of January, 2006

_____
Notary Public

AGNES WILSON-POYOTTE
Notary Public, State of New York
No. 01WI4610094
Qualified in Kings County
Commission Expires 10/31/09