UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

        Plaintiffs,

v.

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and MADISON
SQUARE GARDEN, L.P.,

        Defendants.

Case No. 05-CV-2875 (HB)

## DECLARATION OF PARTY SEEKING ADMISSION

Michael L. Denger, being duly sworn, says:

1. I am a partner with the firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in the above-captioned action.

2. I make this Declaration in connection with the Declaration of Noah Z. Seton, dated January 23, 2006, in support of my admission Pro Hac Vice to the bar of this Court for the purpose of representing Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in this matter.

3. I have been duly admitted to practice law in the District of Columbia since December 11, 1970 and am a member in good standing of bar of the District of Columbia (See Certificate issued by the District of Columbia Court of Appeals, dated January 17, 2006, attached hereto).

3

4.  I am familiar with the facts of this case, and it would be in Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P.'s interest for me to be permitted to appear and to participate in these proceedings.

5.  I am familiar with the Federal Rules of Civil Procedure, and I have familiarized myself with the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Michael L. Denger (MLD-23275) (DC)

Sworn before me this

20th day of January, 2006

Judith I. Feldman

Notary Public

4