UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENT LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN, L.P.,<br><br>  Defendants. | :<br>:<br>:  Case No. 05-CV-2875 (HB)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the Declaration of Noah Z. Seton submitted herewith, Defendants Cablevision Systemps Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. move this Court before the Honorable Harold Baer, Jr., United States District Judge, on February 13, 2006, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York and the Individual Rules and Procedures of Judge Harold Baer, admitting Joshua Lipton Pro Hac Vice.

Dated: New York, New York
      January 23, 2006

                                          GIBSON, DUNN & CRUTCHER LLP

                                          By: _____
                                              Noah Z. Seton (NS-2307)
                                              200 Park Avenue, 47th Floor
                                              New York, New York 10166
                                              (212) 351-4000

80350267_1.DOC