

# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOSHUA LIPTON

was on the 8TH day of JANUARY, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 17, 2006.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>        Deputy Clerk