# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

**NOAH ZIFF SETON**, Bar # **NS2307**

was duly admitted to practice in this Court on

**DECEMBER 13, 2005**, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York        on    JANUARY 19TH, 2006

J. Michael McMahon            by    _____
Clerk                                Deputy Clerk