UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jets v. Cablevision

:
:
:
:
:

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

05 Civ 2875 (HB)(DF)

------------------------------------------------------------X

The above entitled action is referred to ~~the designated~~ Magistrate Judge Freeman for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | | |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | | All such motions: ____ |

**Matter is to be resolved in concert with the Pretrial Scheduling Order ~~attached.~~**

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         1/23/06

Discovery by 3/31/06 - Expert Discovery by 5/2/06
SJ Motion returnable 5/15/06 - Trial August 2006

/s/ Harold Baer
United States District Judge

Revised: 8/29/05

New York Jets LLC et al v. Cablevision Systems Corporation et al                                    Doc. 60