

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEW YORK JETS LLC and                          :
JETS DEVELOPMENT LLC,                           :
                                                : Case No. 05-CV-2875 (HB)
             Plaintiffs,                        :
                                                :
v.                                              :
                                                :
CABLEVISION SYSTEMS CORPORATION,                :
CSC HOLDINGS, INC., and MADISON                 :
SQUARE GARDEN, L.P.,                            :
                                                :
             Defendants.                        :
                                                :
                                                :

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the Declaration of Noah Z. Seton submitted

herewith, Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison

Square Garden, L.P. move this Court before the Honorable Harold Baer, Jr., United States

New York Jets LLC et al v. Cablevision Systems Corporation et al                                      Doc. 62

District Judge, on February 13, 2006, at the United States Courthouse, 500 Pearl Street, New

York, NY 10007, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the United

States District Court for the Southern District of New York and the Individual Rules and

Procedures of Judge Harold Baer, admitting Michael L. Denger Pro Hac Vice.

Dated: New York, New York
       January 23, 2006

GIBSON, DUNN & CRUTCHER LLP

By: _____

Noah Z. Seton (NS-2307)
200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000

80350277_1.DOC

2

## CERTIFICATE OF SERVICE

I hereby certify that on this **23** th day of January, 2006, I caused a true and correct copy of

the Notice of Motion for Admission Pro Hac Vice, Declaration of Person Moving Admission,

Declaration of Party Seeking Admission, and unsigned Order, to be served by hand delivery, on

the following counsel for Plaintiffs New York Jets LLC and New York Jets Development LLC:


Marc E. Kasowitz
Daniel R. Benson
Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

David Boies
Jonathan D. Schiller
Robert J. Dwyer
Paul R. Verkuil
Alanna C. Rutherford
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY  10022


_____
Megan Genet


80350280_1_ (2).doc

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENT LLC, | :<br>:<br>: Case No. 05-CV-2875 (HB) |
|                Plaintiffs, | :<br>: |
| v. | :<br>: |
| CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN, L.P., | :<br>:<br>: |
|                Defendants. | :<br>:<br>:<br>: |

## DECLARATION OF PERSON MOVING ADMISSION

Noah Z. Seton, being duly sworn, says:

1.      I am an associate of the firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in the above-captioned action. I have been a member of the bar of this court since 2005. See Certificate of Good Standing issued by the United States District Court Southern District of New York, dated January 19, 2006, attached hereto. I make this declaration in support of defendants' motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court and the Individual Practices and Procedures of Judge Harold Baer, for the admission of Michael L. Denger to the bar of this Court Pro Hac Vice.

2.      Michael L. Denger is a partner at the Washington, D.C. office of Gibson, Dunn & Crutcher LLP, counsel of record for the Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in this action. Mr. Denger is a member in good standing of the bar of the District of Columbia. (See Certificate issued by the District of

Columbia Court of Appeals, dated January 17, 2006, attached hereto). Mr. Denger is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

     3.     Accordingly, I respectfully request that Mr. Denger be admitted to the bar of this Court Pro Hac Vice.

By: _____

    Noah Z. Seton (NS-2307)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue, 47th Floor
    New York, New York 10166
    (212) 351-4000

Sworn before me this
23 th day of January, 2006

_____
Notary Public

AGNES WILSON-POYOTTE
Notary Public, State of New York
No. 01WI4610094
Qualified in Kings County
Commission Expires_____ 10/31/09

2

# United  States  District  Court

## Southern  District  of  New  York

### Certificate of
### Good Standing

I,  <u>J. Michael McMahon</u>,  Clerk of this Court, certify that

<u>NOAH ZIFF SETON</u>  , Bar #  <u>NS2307</u>

was duly admitted  to practice in this Court on

<u>DECEMBER 13, 2005</u>  , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York   on   JANUARY 19TH, 2006

<u>J. Michael McMahon</u>
Clerk

by   <u>Deputy Clerk</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW YORK JETS LLC and | : |
| JETS DEVELOPMENT LLC, | : |
| | :   Case No. 05-CV-2875 (HB) |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| CABLEVISION SYSTEMS CORPORATION, | : |
| CSC HOLDINGS, INC., and MADISON | : |
| SQUARE GARDEN, L.P., | : |
| | : |
| Defendants. | : |
| | : |
| | : |

### DECLARATION OF PARTY SEEKING ADMISSION

Michael L. Denger, being duly sworn, says:

1.      I am a partner with the firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in the above-captioned action.

2.      I make this Declaration in connection with the Declaration of Noah Z. Seton, dated January 23, 2006, in support of my admission Pro Hac Vice to the bar of this Court for the purpose of representing Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in this matter.

3.      I have been duly admitted to practice law in the District of Columbia since December 11, 1970 and am a member in good standing of bar of the District of Columbia (See Certificate issued by the District of Columbia Court of Appeals, dated January 17, 2006, attached hereto).

3

4.    I am familiar with the facts of this case, and it would be in Defendants

Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P.'s

interest for me to be permitted to appear and to participate in these proceedings.

5.    I am familiar with the Federal Rules of Civil Procedure, and I have familiarized

myself with the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Michael L. Denger (MLD-23275) (DC)

Sworn before me this

20th day of January, 2006

Notary Public

4



**District of Columbia Court of Appeals**
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL L. DENGER

was on the 11ᵀᴴ day of DECEMBER, 1970 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 17, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk