UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

          Plaintiffs,

v.

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and MADISON
SQUARE GARDEN, L.P.,

          Defendants.

Case No. 05-CV-2875 (HB)



## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the Declaration of Noah Z. Seton submitted herewith, Defendants Cablevision Systemps Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. move this Court before the Honorable Harold Baer, Jr., United States District Judge, on February 13, 2006, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York and the Individual Rules and Procedures of Judge Harold Baer, admitting Joshua Lipton Pro Hac Vice.

New York Jets LLC et al v. Cablevision Systems Corporation et al    Doc. 63

Dated: New York, New York
January 23, 2006

                              GIBSON, DUNN & CRUTCHER LLP

                              By: _____
                              Noah Z. Seton (NS-2307)
                              200 Park Avenue, 47th Floor
                              New York, New York 10166
                              (212) 351-4000

80350267_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 23th day of January, 2006, I caused a true and correct copy of the Notice of Motion for Admission Pro Hac Vice, Declaration of Person Moving Admission, Declaration of Party Seeking Admission, and unsigned Order, to be served by hand delivery, on the following counsel for Plaintiffs New York Jets LLC and New York Jets Development LLC:

Marc E. Kasowitz
Daniel R. Benson
Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

David Boies
Jonathan D. Schiller
Robert J. Dwyer
Paul R. Verkuil
Alanna C. Rutherford
Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY  10022

_____
Megan Genet

80350276_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENT LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN, L.P.,<br><br>                Defendants. | Case No. 05-CV-2875 (HB) |

**DECLARATION OF PERSON MOVING ADMISSION**

Noah Z. Seton, being duly sworn, says:

1.     I am an associate of the firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in the above-captioned action. I have been a member of the bar of this court since 2005. See Certificate of Good Standing issued by the United States District Court Southern District of New York, dated January 19, 2006, attached hereto. I make this declaration in support of defendants' motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court and the Individual Practices and Procedures of Judge Harold Baer, for the admission of Joshua Lipton to the bar of this Court Pro Hac Vice.

2.     Joshua Lipton is an associate at the Washington, D.C. office of Gibson, Dunn & Crutcher LLP, counsel of record for the Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in this action. Mr. Lipton is a member in good standing of the bar of the District of Columbia. (See Certificate issued by the District of

Columbia Court of Appeals, dated January 17, 2006, attached hereto). Mr. Lipton is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

  3.  Accordingly, I respectfully request that Mr. Lipton be admitted to the bar of this Court Pro Hac Vice.

By: _____
Noah Z. Seton (NS-2307)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000

Sworn before me this
23th day of January, 2006

_____
Notary Public

AGNES WILSON-POYOTTE
Notary Public, State of New York
No. 01WI4610094
Qualified in Kings County
Commission Expires 10/31/09

2

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, **J. Michael McMahon**, Clerk of this Court, certify that

**NOAH ZIFF SETON**, Bar # **NS2307**

was duly admitted to practice in this Court on

**DECEMBER 13, 2005**, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York     on     JANUARY 19TH, 2006

J. Michael McMahon
Clerk

by _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENT LLC,<br><br>            Plaintiffs,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN, L.P.,<br><br>            Defendants. | Case No. 05-CV-2875 (HB) |

### DECLARATION OF PARTY SEEKING ADMISSION

Joshua Lipton, being duly sworn, says:

1. I am an associate with the firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in the above-captioned action.

2. I make this Declaration in connection with the Declaration of Noah Z. Seton, dated January 23, 2006, in support of my admission Pro Hac Vice to the bar of this Court for the purpose of representing Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P. in this matter.

3. I have been duly admitted to practice law in the District of Columbia since January 8, 1999 and am a member in good standing of bar of the District of Columbia (See Certificate issued by the District of Columbia Court of Appeals, dated January 17, 2006, attached hereto).

3

4. I am familiar with the facts of this case, and it would be in Defendants Cablevision Systems Corporation, CSC Holdings, Inc. and Madison Square Garden, L.P.'s interest for me to be permitted to appear and to participate in these proceedings.

5. I am familiar with the Federal Rules of Civil Procedure, and I have familiarized myself with the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Joshua Lipton (JL- 461731) (DC)

Sworn before me this

___ th day of January, 2006

_____
Notary Public

JUDITH T. FELDMAN

4



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### JOSHUA LIPTON

was on the _____ day of _____ JANUARY, 1999 _____ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 17, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk