KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

DANIEL J. FETTERMAN
212 506-1934

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

RECEIVED
JAN 2 7 2006
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

January 26, 2006

**VIA HAND DELIVERY**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
Chambers 2230
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-06

Re:  New York Jets v. Cablevision Systems Corporation, 05-CV-2875 (HB)

Dear Judge Baer:

I am writing to notify the Court that the law firm of Kasowitz, Benson, Torres & Friedman LLP is no longer representing Plaintiffs New York Jets LLC and Jets Development LLC ("Plaintiffs") in the above-referenced matter. I therefore respectfully request that the Court grant leave for Kasowitz, Benson, Torres & Friedman LLP to withdraw as counsel of record and that the docket sheet be amended to reflect that Marc E. Kasowitz, Esq., Daniel R. Benson, Esq., and Daniel J. Fetterman, Esq. -- each of whom filed an individual notice of appearance on behalf of the Plaintiffs -- are no longer counsel of record for Plaintiffs in this matter.

The law firm of Boies, Schiller & Flexner LLP will continue as counsel for the Plaintiffs, and this change will not result in any delay because Boies, Schiller & Flexner LLP also has been counsel of record since the inception of the case.

Respectfully,

Daniel J. Fetterman

So Ordered: [signature] 1/30/06
Hon. Harold Baer, Jr.

New York Jets LLC et al v. Cablevision Systems Corporation et al                                                              Doc. 64

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

cc:     David Boies, II, Esq.
        Randy M. Mastro, Esq.