UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

        Plaintiffs,

v.

CABLEVISION SYSTEMS CORPORATION,
CSC HOLDINGS, INC., and MADISON
SQUARE GARDEN, L.P.,

        Defendants.

Case No. 05-CV-2875 (HB)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-6-06

## ORDER

Upon consideration of the Declaration of Noah Z. Seton and the Declaration of Michael L. Denger, and good cause having been shown, it is SO ORDERED that Michael L. Denger is admitted to the bar of this Court Pro Hac Vice this ___ day of _____, 2006.

New York Jets LLC et al v. Cablevision Systems Corporation et al   Doc. 65

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

_____
Judge Harold Baer
Baer Jr., U.S.D.J.
2/6/06

5