UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK JETS LLC and<br>JETS DEVELOPMENT LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br>CSC HOLDINGS, INC., and MADISON<br>SQUARE GARDEN, L.P.,<br><br>        Defendants. | : : : : : : : : : : : : : : |

Case No. 05-CV-2875 (HB)



## ORDER

Upon consideration of the Declaration of Noah Z. Seton and the Declaration of Joshua Lipton, and good cause having been shown, it is SO ORDERED that Joshua Lipton is admitted to the bar of this Court Pro Hac Vice this ___ day of _____, 2006.

New York Jets LLC et al v. Cablevision Systems Corporation et al     Doc. 66



Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

_____
Judge Harold Baer

Hon. Harold Baer, Jr., U.S.D.J.
Date: