S.D.N.Y.
05-cv-2875
Baer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT



At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 3/ day of January two thousand and six,

Present:
        Hon. Guido Calabresi,
        Hon. Chester J. Straub,
        Hon. Richard C. Wesley,
            *Circuit Judges.*



---

In re Cablevision Systems Corporation,
CSC Holdings, Inc., and Madison Square Garden, L.P.,　　　　　　　05-6839-op

                Petitioners.

---

Petitioner, through counsel, has filed a petition for a writ of mandamus. Upon due consideration, it is ORDERED that the petition for a writ of mandamus is DENIED. Petitioner has not demonstrated that the district court usurped its power, *see In re von Bulow*, 828 F.2d 94, 97 (2d Cir. 1987), or that it lacks an alternative avenue of relief, *see Mallard v. United States Dist. Court*, 490 U.S. 296, 309 (1989).

                FOR THE COURT:
                Roseann B. MacKechnie, Clerk

        By /s/ Lucille Carr

                A TRUE COPY
            Roseann B. MacKechnie, CLERK
            by_____
                DEPUTY CLERK

SAO-BB

**CERTIFIED:** 1/31/06