UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3-3-06*

---------------------------------x

NEW YORK JETS LLC and
JETS DEVELOPMENT LLC,

      Plaintiffs

v.

CABLEVISION SYSTEMS CORP.,
CSC HOLDINGS, INC., and
MADISON SQUARE GARDEN LP,

      Defendants.

---------------------------------x

Case No. 05-cv-2875 (HB) (DF)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between all parties to this action, acting through their undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action (including all claims and counterclaims) is dismissed with prejudice, and with each side to bear its own costs, disbursements and attorneys' fees.

New York Jets LLC et al v. Cablevision Systems Corporation et al                                                                Doc. 71

Dated: New York, New York
February 24, 2006

_____
David Boies (DB-4399)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
914-749-8200

_____
Randy M. Mastro (RM-9492)
Jennifer H. Rearden (JR-2552)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
212-351-4000

SO ORDERED:

_____ 3/3/06
U.S.D.J. Part I

Robert J. Dwyer (RD-6457)
Paul R. Verkuil (PV-5978)
Alanna C. Rutherford (AR-0497)
Jennifer Arnett (JA-6161)
BOIES, SCHILLER & FLEXNER LLP
570 Lexington Avenue
New York, NY 10022
212-446-2300

Jonathan D. Schiller
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
202-237-2727
*Attorneys for Plaintiffs*

Miguel A. Estrada (ME-4227)
Michael L. Denger
Joshua Lipton
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
202-955-8500
*Attorneys for Defendants*